# Exhibit A



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002010920
Search Results: Displaying 1 of 1 entries

◄ previous     next ►



*Pugliese Tearsheets 2015.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002010920 / 2016-02-22
**Application Title:** Pugliese Tearsheets 2015.
**Title:** Pugliese Tearsheets 2015.
**Description:** electronic file.
**Copyright Claimant:** Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038.
**Date of Creation:** 2015
**Date of Publication:** 2015-01-15
**Nation of First Publication:** United States
**Alternative Title on Application:** Group Registration/Photos published 1/15/15 - 12/20/15
**Authorship on Application:** Joseph Pugliese; Citizenship: United States. Authorship: photograph.
**Rights and Permissions:** Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com
**Copyright Note:** C.O. correspondence.
**Contents:** 9806_TS The Hollywood Reporter 1/15/15 9807_TS ESPN 2/2/15 9808_TS ESPN 2/2/15 9809_TS ESPN 1/15/15 9810_TS The Hollywood Reporter 3/9/15 9811_TS The Hollywood Reporter 2/13/15 9813_TS The Hollywood Reporter 2/4/15 9815_TS Wired Magazine 3/26/15 9816_TS Billboard Magazine 2/21/15 9817_TS Billboard Magazine 2/14/15 9818_TS Billboard Magazine 3/21/15 9823_TS Men's Journal 6/1/15 9825_TS The New Yorker 5/18/16 9826_TS Fortune 4/1/15 9827_TS ESPN 4/13/15 9828_TS The Hollywood Reporter 3/24/15 9829_TS ESPN 4/10/15 9831_TS Outside Magazine 9/1/15 9832_TS Men's Fitness 6/1/15 9833_TS US Weekly 5/14/15 9836_TS The Hollywood Reporter 6/4/15 9837_TS The Hollywood Reporter 6/12/15 9838_TS ESPN 5/22/15 9839_TS People Magazine 6/15/15 9840_TS People Magazine 7/20/15 9841_TS Wired Magazine 9//1/15 9842_TS Bicycle Magazine 9/1/15 9846_TS GQ 9/1/15 9847_TS The Hollywood Reporter 7/24/15 9852_TS The Hollywood

Reporter 9/18/15 9853_TS Bloomberg Markets 11/1/15 9854_TS Fortune
Magazine 9/15/15 9855_TS Fortune Magazine 9/15/15 9856_TS Billboard
Magazine 10/3/15 9859_TS People Magazine 10/26/15 9861_TS People
Magazine 10/12/15 9862_TS People Magazine 11/30/15 9863_TS Billboard
Magazine 10/31/15 9864_TS Men's Journal 12/20/15 9867_TS The Atlantic
12/20/15 9871_TS GQ 12/20/15 9872_TS The Hollywood Reporter 12/4/15
9876_TS The Hollywood Reporter 12/8/15.

**Names:** Pugliese, Joseph





| | | |
|---|---|---|
| **Save, Print and Email (Help Page)** | | |
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002108729
Search Results: Displaying 1 of 1 entries



Labeled View

*Emily Ratajkowski.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002108729 / 2018-04-11 |
| **Application Title:** | Emily Ratajkowski |
| **Title:** | Emily Ratajkowski. [Group registration of published photographs. 3 photographs. 2016-08-01 to 2016-08-01] |
| **Description:** | 3 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Mona Kuhn. Address: 8438 Ridpath Drive, Los Angeles, CA, 90046, United States. |
| **Date of Creation:** | 2016 |
| **Publication Date Range:** | 2016-08-01 to 2016-08-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mona Kuhn; Citizenship: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in August 2016 (3 photographs): mk_emilyratajkowski_0139, mk_emilyratajkowski_0371, mk_emilyratajkowski_combo |
| **Names:** | Kuhn, Mona |



**Save, Print and Email (Help Page)**

Select Download Format   Full Record    Format for Print/Save

Enter your email address: [                    ] [ Email ]

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = va0002110392

Search Results: Displaying 1 of 1 entries

◄ previous   next ►

Labeled View

*Miley Cyrus.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002110392 / 2018-07-13 |
| **Application Title:** | Miley Cyrus |
| **Title:** | Miley Cyrus. [Group registration of published photographs. 11 photographs. 2017-05-03 to 2017-05-03] |
| **Description:** | 11 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Brian Bowen Smith. Address: 5910 Fairview Pl, Agoura Hills, CA 91301, United States. |
| **Date of Creation:** | 2017 |
| **Publication Date Range:** | 2017-05-03 to 2017-05-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Brian Bowen Smith; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Jessica Ruzicka, AUGUST IMAGE, LLC, 793 Broadway, 2nd Floor, New York, NY, 10003, United States, (212) 777-0088, info@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in May 2017 (11 photographs): AU11065922, AU11065931, AU11065935, AU11065933, AU11065938, AU11065936, AU11065939, AU11065940, AU11065941, AU11065942, AU11065943 |
| **Names:** | Smith, Brian Bowen |



| | Save, Print and Email (**Help Page**) | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002120245
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶



Labeled View

*WH 2013 Published Works.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002120245 / 2018-08-24 |
| **Application Title:** | WH 2013 Published Works |
| **Title:** | WH 2013 Published Works. [Group registration of published photographs. 288 photographs. 2013-01-01 to 2013-12-01] |
| **Description:** | 288 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Mark Jonathan Williams. Address: 10879 Hillhaven Ave, Tujunga, CA, 91042, United States. |
| | Sara Hirakawa. Address: 10879 Hillhaven Ave, Tujunga, CA, 91042, United States. |
| | Williams Hirakawa LLC. Address: 10879 Hillhaven Ave, Tujunga, CA, 91042, United States. |
| **Date of Creation:** | 2013 |
| **Publication Date Range:** | 2013-01-01 to 2013-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mark Jonathan Williams; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Sara Hirakawa, 10879 Hillhaven Ave, Los Angeles, CA, 91042, United States, (917) 450-2661, sarahirakawa@gmail.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved |

document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2013 (5 photographs): 12-464-Departures-WolfgangPuck-A0001(retouch).jpg, 12-464-Departures-WolfgangPuck-A0007(retouch).jpg, 12-464-Departures-WolfgangPuck-D0316(retouch).jpg, 12-464-Departures-WolfgangPuck-E0606.jpg, 12-464-Departures-WolfgangPuck-F0924CN.jpg,

Published in January 2013 (8 photographs): 12-463-Womens_Health-Alaska_A0017(retouch).jpg, 12-463-Womens_Health-Alaska_B0152(retouch).jpg, 12-463-Womens_Health-Alaska_C0254(retouch).jpg, 12-463-Womens_Health-Alaska_D0336(retouch).jpg, 12-463-Womens_Health-Alaska_E0461(retouch).jpg, 12-463-Womens_Health-Alaska_F0599(retouch).jpg, 12-463-Womens_Health-Alaska_H1006(retouch).jpg, 12-463-Womens_Health-Alaska_I1235(retouch).jpg,

Published in October 2013 (68 photographs): 13-489-VanityFair-AliciaVikander-A_0001.jpg, 13-489-VanityFair-AliciaVikander-A_0002.jpg, 13-489-VanityFair-AliciaVikander-A_0017.jpg, 13-489-VanityFair-AliciaVikander-A_0031.jpg, 13-489-VanityFair-AliciaVikander-A_0033(retouch).jpg, 13-489-VanityFair-AliciaVikander-A_0036.jpg, 13-489-VanityFair-AliciaVikander-A_0041.jpg, 13-489-VanityFair-AliciaVikander-A_0055.jpg, 13-489-VanityFair-AliciaVikander-A_0099.jpg, 13-489-VanityFair-AliciaVikander-A_0136.jpg, 13-489-VanityFair-AliciaVikander-A_0140.jpg, 13-489-VanityFair-AliciaVikander-A_0151.jpg, 13-489-VanityFair-AliciaVikander-A_0151+136_Final.jpg, 13-489-VanityFair-AliciaVikander-A_0171.jpg, 13-489-VanityFair-AliciaVikander-B_0010.jpg, 13-489-VanityFair-AliciaVikander-C_0001.jpg, 13-489-VanityFair-AliciaVikander-C_0027.jpg, 13-489-VanityFair-AliciaVikander-C_0043.jpg, 13-489-VanityFair-AliciaVikander-C_0055.jpg, 13-489-VanityFair-AliciaVikander-C_0073.jpg, 13-489-VanityFair-AliciaVikander-C_0076.jpg, 13-489-VanityFair-AliciaVikander-C_0086.jpg, 13-489-VanityFair-AliciaVikander-C_0099.jpg, 13-489-VanityFair-AliciaVikander-C_0110.jpg, 13-489-VanityFair-AliciaVikander-C_0117.jpg, 13-489-VanityFair-AliciaVikander-C_0121.jpg, 13-489-VanityFair-AliciaVikander-C_0126.jpg, 13-489-VanityFair-AliciaVikander-C_0128_Final.jpg, 13-489-VanityFair-AliciaVikander-C_0128.jpg, 13-489-VanityFair-AliciaVikander-D_0009.jpg, 13-489-VanityFair-AliciaVikander-D_0040.jpg, 13-489-VanityFair-AliciaVikander-D_0047(retouch).jpg, 13-489-VanityFair-AliciaVikander-D_0064.jpg, 13-489-VanityFair-AliciaVikander-D_0089.jpg, 13-489-VanityFair-AliciaVikander-D_0102.jpg, 13-489-VanityFair-AliciaVikander-D_0123.jpg, 13-489-VanityFair-AliciaVikander-D_0184.jpg, 13-489-VanityFair-AliciaVikander-D_0187.jpg, 13-489-VanityFair-AliciaVikander-D_0229.jpg, 13-489-VanityFair-AliciaVikander-E_0093.jpg, 13-489-VanityFair-AliciaVikander-E_0107.jpg, 13-489-VanityFair-AliciaVikander-E_0109.jpg, 13-489-VanityFair-AliciaVikander-E_0122_Final.jpg, 13-489-VanityFair-Al

Published in October 2013 (17 photographs): 13-492-Gotham-SethMyers-A_0149.jpg, 13-492-Gotham-SethMyers-A_0149BW.jpg, 13-492-Gotham-SethMyers-A_0216.jpg, 13-492-Gotham-SethMyers-A_0216BW.jpg, 13-492-Gotham-SethMyers-B_0352.jpg, 13-492-Gotham-SethMyers-B_0455.jpg, 13-492-Gotham-SethMyers-C_0586.jpg, 13-492-Gotham-SethMyers-C_0586BW.jpg, 13-492-Gotham-SethMyers-C_0615.jpg, 13-492-Gotham-SethMyers-D_0829_Final.jpg, 13-492-Gotham-SethMyers-D_0829_Final2.jpg, 13-492-Gotham-SethMyers-E_1078CNBW.jpg, 13-492-Gotham-SethMyers-E_1346CN.jpg, 13-492-Gotham-SethMyers-E_1346CNBW.jpg, 13-492-Gotham-SethMyers-F_1454.jpg, 13-492-Gotham-SethMyers-F_1588CN.jpg, 13-492-Gotham-SethMyers-F_1588CNBW.jpg,

Published in October 2013 (10 photographs): 13-495-Variety-CatchingFire-B-0080(retouch).jpg, 13-495-Variety-CatchingFire-D-0111_Final.jpg, 13-495-Variety-CatchingFire-D-0112(retouch).jpg, 13-495-Variety-CatchingFire-D-0117_Final.jpg, 13-495-Variety-CatchingFire-D-0118_Final.jpg, 13-495-Variety-CatchingFire-D-

0121(retouch).jpg, 13-495-Variety-CatchingFire-D-0121CRP(retouch).jpg, 13-495-Variety-CatchingFire-D-0131_Final.jpg, 13-495-Variety-CatchingFire-F-0189COMP(retouch).jpg, OUT52757519_Final.jpg,

Published in October 2013 (2 photographs): 13-502-Variety-TimPalin -A0083.jpg, 13-502-Variety-TimPalin -A0103(retouch).jpg,

Published in November 2013 (11 photographs): A_0066(retouch).jpg, A_0203ext(retouch).jpg, A_0205(retouch).jpg, A_0240(retouch).jpg, B_0340(retouch).jpg, B_0340BW(retouch).jpg, B_0385(retouch).jpg, B_0385BW(retouch).jpg, B_0415(retouch).jpg, C_0519(retouch).jpg, C_0798(retouch).jpg,

Published in November 2013 (13 photographs): 13-494-CNT-02-BlueDoor0076CN(retouch).jpg, 13-494-CNT-02-BlueDoor0090CN(retouch).jpg, 13-494-CNT-05-ArsenaliPool0968CN(retouch).jpg, 13-494-CNT-05-ArsenaliPool1200CN(retouch).jpg, 13-494-CNT-05-ArsenaliPool1295CN(retouch).jpg, 13-494-CNT-06-Beach1530CN(retouch).jpg, 13-494-CNT-06-Beach1701(retouch).jpg, 13-494-CNT-06-Beach2117CN(retouch).jpg, 13-494-CNT-07-Rm244InfinityPool2473.jpg, 13-494-CNT-08-Caique2681(retouch).jpg, 13-494-CNT-08-Caique2785CN(retouch).jpg, 13-494-CNT-09-Caique2-2884CN(retouch).jpg, 13-494-CNT-09-Caique2-3059CN(retouch).jpg,

Published in December 2013 (17 photographs): A_RitzCarlton_0292(retouch).jpg, B_RitzCarlton_0516(retouch).jpg, C_RitzCarlton_0796BW.jpg, D_RitzCarlton_0778(retouch).jpg, D_RitzCarlton_0820.jpg, D_RitzCarlton_0890.jpg, E_RitzCarlton_1184(retouch).jpg, G_RitzCarlton_1578(retouch).jpg, H_RitzCarlton_1667.jpg, H_RitzCarlton_1672(retouch).jpg, I_RitzCarlton_1990.jpg, I_RitzCarlton_2023(retouch).jpg, J_RitzCarlton_2147.jpg, J_RitzCarlton_2289(retouch).jpg, K_RitzCarlton_2451.jpg, L_RitzCarlton_2488(retouch).jpg, M49A5994.jpg,

Published in December 2013 (15 photographs): 13-504-A_Dakota_0008(retouch).jpg, 13-504-A_Dakota_0012(retouch).jpg, 13-504-B_Dakota_0276(retouch).jpg, 13-504-B_Dakota_0413(retouch).jpg, 13-504-C_Dakota_0737BW(retouch).jpg, 13-504-C_Dakota_0741BW(retouch).jpg, 13-504-D_Dakota_1306(retouch).jpg, 13-504-D_Dakota_1416BW(retouch).jpg, 13-504-D_Dakota_1629BW(retouch).jpg, 13-504-E_Steve_1994BW(retouch).jpg, 13-504-E_Steve_2003BW(retouch).jpg, 13-504-H_Steve_3235BW(retouch).jpg, 13-504-H_Steve_3242(retouch).jpg, 13-504-L_Steve_4004BW(retouch).jpg, 13-504-L_Steve_4007BW(retouch).jpg,

Published in December 2013 (5 photographs): 13-506-Miles-G0972BW(retouch).jpg, 13-506-Miles-J1399(retouch).jpg, 13-506-Torian_-A0157BW(retouch).jpg, 13-506-Torian_-B0430(retouch).jpg, 13-506-Torian_-D0618BW(retouch).jpg,

Published in December 2013 (7 photographs): 13-505-RyCuming -E0588.jpg, 13-505-RyCuming--B0122(retouch).jpg, 13-505-RyCuming--B0150(retouch).jpg, 13-505-RyCuming--C0196BW.jpg, 13-505-RyCuming--C0277(retouch).jpg, 13-505-RyCuming--D0443BW(retouch).jpg, 13-505-RyCuming--E0618(retouch).jpg,

Published in February 2013 (5 photographs): 12-466-Vanity_Fair-Alice_Englert-A_0228(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-A_0232(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-B_0160(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-C_0063(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-D_0050(retouch).jpg,

Published in March 2013 (9 photographs): 12-468-Lucky-Shoe_Guide-A_0097(retouch).jpg, 12-468-Lucky-Shoe_Guide-B_0043(retouch).jpg, 12-468-Lucky-Shoe_Guide-C_0067(retouch).jpg, 12-468-Lucky-Shoe_Guide-D_0157(retouch).jpg, 12-468-Lucky-Shoe_Guide-E_0366(retouch).jpg, 12-468-

Lucky-Shoe_Guide-F_0087(retouch).jpg, 12-468-Lucky-Shoe_Guide-
G_0135(retouch)V2.jpg, 12-468-Lucky-Shoe_Guide-H_0001(retouch).jpg, 12-468-
Lucky-Shoe_Guide-J_0110(retouch)comp.jpg,

Published in March 2013 (5 photographs): 12-471-Fashion-
Hailee_Steinfeld_A_0189(retouch).jpg, 12-471-Fashion-
Hailee_Steinfeld_B_0396(retouch).jpg, 12-471-Fashion-
Hailee_Steinfeld_C_0597(retouch).jpg, 12-471-Fashion-
Hailee_Steinfeld_D_0889(retouch).jpg, 12-471-Fashion-
Hailee_Steinfeld_E_1035(retouch).jpg,

Published in March 2013 (4 photographs): 12-469-Cosmo_Acc-
A_0322(retouch).jpg, 12-469-Cosmo_Acc-B_0971(retouch).jpg, 12-469-
Cosmo_Acc-E_1582(retouch).jpg, 12-469-Cosmo_Acc-F_1943(retouch).jpg,

Published in March 2013 (7 photographs): 13-478-Dossier-thePresent-
_A0034(retouch).jpg, 13-478-Dossier-thePresent-_B0201(retouch).jpg, 13-478-
Dossier-thePresent-_C0540(retouch).jpg, 13-478-Dossier-thePresent-
_C0625(retouch).jpg, 13-478-Dossier-thePresent-_E0897BW(retouch).jpg, 13-478-
Dossier-thePresent-_G1128COMPBW(retouch).jpg, 13-478-Dossier-thePresent-
_H1277(retouch).jpg,

Published in March 2013 (6 photographs): 13-477-Soma-MenswearFashion--
A0080.jpg, 13-477-Soma-MenswearFashion--B0186.jpg, 13-477-Soma-
MenswearFashion--D0564.jpg, 13-477-Soma-MenswearFashion--E0664-1.jpg, 13-
477-Soma-MenswearFashion--E0664.jpg, 13-477-Soma-MenswearFashion--
G0982.jpg,

Published in April 2013 (4 photographs): 13-475-VF-
Andrea_Riseborough_A_0183.jpg, 13-475-VF-Andrea_Riseborough_B_0274.jpg,
13-475-VF-Andrea_Riseborough_C_0393.jpg, 13-475-VF-
Andrea_Riseborough_D_0516.jpg,

Published in May 2013 (3 photographs): 13-484-
NetAPorter_JDeLaBaum_A0055(retouch).jpg, 13-484-
NetAPorter_JDeLaBaum_C0476(retouch).jpg, 13-484-
NetAPorter_JDeLaBaum_D0597CNV2(retouch).jpg,

Published in May 2013 (16 photographs): 13-476-Flaunt-
Amy_Seimetz_A0007CN(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_A0157(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_A0260(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_B0403CN(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_B0415CN(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_B0424CNBW(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_B0539(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_C0864(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_D0880CN(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_D0917CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_E1056CN.jpg,
13-476-Flaunt-Amy_Seimetz_E1100CN(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_E1215(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_E1267(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_E1295(retouch).jpg, 13-476-Flaunt-
Amy_Seimetz_F1389CN(retouch).jpg,

Published in May 2013 (7 photographs): 13-485-Phenomenon-Paige-Bed-
A_0174_V_v4_RGB.jpg, 13-485-Phenomenon-Paige-Bed-A_0174_v4_RGB.jpg,
13-485-Phenomenon-Paige-Pool-A_0061_V_v2_RGB.jpg, 13-485-Phenomenon-
Paige-Pool-A_0061_v2_RGB.jpg, 13-485-Phenomenon-Paige-Rug-
A_0019_v4_RGB.jpg, 13-485-Phenomenon-Paige-Running-A_0154_v2_RGB.jpg,
13-485-Phenomenon-Paige-Running-Cropped-A_0154_v2_RGB.jpg,

Published in May 2013 (3 photographs): 13-501-TrishSummerville-

A0142(retouch).jpg, 13-501-TrishSummerville-B0523(retouch).jpg, 13-501-TrishSummerville-C0766(retouch).jpg,

Published in June 2013 (17 photographs): 13-474-Fashion-Lana_del_Re copy.jpg, 13-474-Fashion-Lana_del_Rey_A_00036(retouch).jpg, 13-474-Fashion-Lana_del_Rey_A_00068(retouch).jpg, 13-474-Fashion-Lana_del_Rey_A_00100(retouch).jpg, 13-474-Fashion-Lana_del_Rey_A_00145EXT(retouch).jpg, 13-474-Fashion-Lana_del_Rey_B_00252(retouch).jpg, 13-474-Fashion-Lana_del_Rey_B_00319(retouch).jpg, 13-474-Fashion-Lana_del_Rey_B_00544CN(retouch).jpg, 13-474-Fashion-Lana_del_Rey_C_00661(retouch).jpg, 13-474-Fashion-Lana_del_Rey_C_00767(retouch).jpg, 13-474-Fashion-Lana_del_Rey_C_00775(retouch).jpg, 13-474-Fashion-Lana_del_Rey_D_00857(retouch).jpg, 13-474-Fashion-Lana_del_Rey_D_00912(retouch).jpg, 13-474-Fashion-Lana_del_Rey_E_01009.jpg, 13-474-Fashion-Lana_del_Rey_F_01053(retouch).jpg, 13-474-Fashion-Lana_del_Rey_G_01140(retouch).jpg, 13-474-Fashion-Lana_del_Rey_G_01168(retouch).jpg,

Published in June 2013 (5 photographs): 13-479-Vanity_Fair-Katie_Aselton-A_0143.jpg, 13-479-Vanity_Fair-Katie_Aselton-C_0047.jpg, 13-479-Vanity_Fair-Katie_Aselton-C_0105(retouch).jpg, 13-479-Vanity_Fair-Katie_Aselton-F_0017(retouch).jpg, 13-479-Vanity_Fair-Katie_Aselton-G_0121(retouch).jpg,

Published in September 2013 (19 photographs): 13-490-CMag-CoatStory-A-0143(retouch).jpg, 13-490-CMag-CoatStory-A-0187(retouch).jpg, 13-490-CMag-CoatStory-B-0359.jpg, 13-490-CMag-CoatStory-B-0391(retouch).jpg, 13-490-CMag-CoatStory-B-0462CNCRP(retouch).jpg, 13-490-CMag-CoatStory-C-0712(retouch).jpg, 13-490-CMag-CoatStory-D-1042(retouch).jpg, 13-490-CMag-CoatStory-D-1169CN(retouch).jpg, 13-490-CMag-CoatStory-E-1340(retouch).jpg, 13-490-CMag-CoatStory-E-1507(retouch).jpg, 13-490-CMag-CoatStory-E-1551(retouch).jpg, 13-490-CMag-CoatStory-E-1603(retouch).jpg, 13-490-CMag-CoatStory-F-1666CN(retouchv2).jpg, 13-490-CMag-CoatStory-G-1804(retouch).jpg, 13-490-CMag-CoatStory-G-1989CN(retouch).jpg, 13-490-CMag-CoatStory-H-1823.jpg, 13-490-CMag-CoatStory-H-1909(retouch).jpg, 13-490-CMag-CoatStory-H-2157CN(retouch).jpg, 13-490-CMag-CoatStory-K-2179(retouch).jpg,

**Names:** Williams, Mark Jonathan
Hirakawa, Sara
Williams Hirakawa LLC



**Save, Print and Email (Help Page)**

Select Download Format  [Full Record ▾]  [Format for Print/Save]

Enter your email address: [                    ] [Email]

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002182569
Search Results: Displaying 1 of 1 entries



Labeled View

***Mark Seliger Pulished Images 2012.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002182569 / 2019-10-08 |
| **Application Title:** | Mark Seliger Pulished Images 2012 |
| **Title:** | Mark Seliger Pulished Images 2012. [Group registration of published photographs. 175 photographs. 2012-01-01 to 2012-12-31] |
| **Description:** | 175 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Mark Alan Seliger, 1959- . Address: 162 CHARLES ST, NEW YORK, NY, 10014, United States. |
| **Date of Creation:** | 2012 |
| **Publication Date Range:** | 2012-01-01 to 2012-12-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mark Alan Seliger, 1959- ; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | RACHEL CROWE, Seliger Studio. Inc., 162 CHARLES ST, NEW YORK, NY, 10014, United States, (212) 929-7550 x206, rachel@seligerstudio.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2012 (5 photographs): Paula Patton/GQ/online, Paula Patton/GQ/online, Paula Patton/GQ/online, Paula Patton/GQ/online, Paula Patton/GQ/online, |
|  | Published in January 2012 (5 photographs): Warren Buffett/Time/cover, Warren |

Buffett/Time/online, Warren Buffett/Time/online, Warren Buffett/Time/online, Warren Buffett/Time/online,

Published in January 2012 (1 photographs): Cynthia Nixon/NY Times/online,

Published in January 2012 (10 photographs): red secret agent/spanish vogue/pg158-159, red secret agent/spanish vogue/online, red secret agent/spanish vogue/pg156, red secret agent/spanish vogue/pg154-155, red secret agent/spanish vogue/pg161, red secret agent/spanish vogue/pg164, red secret agent/spanish vogue/online, red secret agent/spanish vogue/pg166-167, red secret agent/spanish vogue/online, red secret agent/spanish vogue/onine,

Published in January 2012 (12 photographs): Charlize Theron/ Elle France/coat, Charlize Theron/ Elle France/fireplace, Charlize Theron/ Elle France/mirror, Charlize Theron/ Elle France/bed, Charlize Theron/ Elle France/fire, Charlize Theron/ Elle France/blonde, Charlize Theron/ Elle France/livingroom, Charlize Theron/ Elle France/poolside, Charlize Theron/ Elle France/driving, Charlize Theron/ Elle France/car, Charlize Theron/ Elle France/pool, Charlize Theron/ Elle France/cover,

Published in October 2012 (3 photographs): Ben Affleck/Details/coverBen Affleck/Details/pg123, Ben Affleck/Details/pg124,

Published in October 2012 (8 photographs): Ethan Hawke/Icon/pg217, Ethan Hawke/Icon/pg216, Ethan Hawke/Icon/pg214-215, Ethan Hawke/Icon/tableofcontent, Ethan Hawke/Icon/pg213, Ethan Hawke/Icon/pg220, Ethan Hawke/Icon/pg219, Ethan Hawke/Icon/cover,

Published in October 2012 (1 photographs): Bill Clinton/Time/cover,

Published in October 2012 (1 photographs): Kickstarter/Vanity Fair/pg136,

Published in October 2012 (1 photographs): Alicia Keys/ Rolling Stone/pg13,

Published in November 2012 (2 photographs): Barack Obama/Rolling Stone/ cover, Barack Obama/Rolling Stone/pg33,

Published in November 2012 (5 photographs): Colin Farrell/ Details/pg97, Colin Farrell/ Details/cover, Colin Farrell/ Details/pg96-97, Colin Farrell/ Details/pg94-95, Colin Farrell/ Details/pg98-99,

Published in November 2012 (2 photographs): Man with the Iron Fist/GQ/pg146-147, Man with the Iron Fist/GQ/pg145,

Published in November 2012 (4 photographs): Jake Gyllenhaal/Details/pg191, Jake Gyllenhaal/Details/cover, Jake Gyllenhaal/Details/pg189, Jake Gyllenhaal/Details/pg186,

Published in November 2012 (14 photographs): Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online, Houston Fashion Story/Spanish Vogue/online,

Published in December 2012 (2 photographs): Garrett Hedlund/ Details/cover, Garrett Hedlund/ Details/pg76-77,

Published in December 2012 (15 photographs): Sessilee Lopez/Treats/pg170, Sessilee Lopez/Treats/pg162, Sessilee Lopez/Treats/pg163, Sessilee Lopez/Treats/cover, Sessilee Lopez/Treats/pg165, Sessilee Lopez/Treats/pg169, Sessilee Lopez/Treats/pg171, Sessilee Lopez/Treats/pg166-167, Sessilee Lopez/Treats/pg174-175, Sessilee Lopez/Treats/pg161, Sessilee Lopez/Treats/cover, Sessilee Lopez/Treats/pg173, Sessilee Lopez/Treats/pg168, Sessilee Lopez/Treats/pg176, Sessilee Lopez/Treats/pg177,

Published in December 2012 (1 photographs): David Chase/Men's Journal/online ,

Published in December 2012 (6 photographs): Jennifer Lawrence/Italian Vogue/pg194-195, Jennifer Lawrence/Italian Vogue/pg190-191, Jennifer Lawrence/Italian Vogue/pg192-193, Jennifer Lawrence/Italian Vogue/pg196-197, Jennifer Lawrence/Italian Vogue/pg198-199, Jennifer Lawrence/Italian Vogue/pg200-201,

Published in December 2012 (3 photographs): Leonardo DiCaprio/Details/pg133, Leonardo DiCaprio/Details/cover, Leonardo DiCaprio/Details/cover,

Published in December 2012 (7 photographs): kerry Washington/Italian Voue/table, kerry Washington/Italian Voue/fireplace, kerry Washington/Italian Voue/couch, kerry Washington/Italian Voue/poodle, kerry Washington/Italian Voue/curtain , kerry Washington/Italian Voue/b&w, kerry Washington/Italian Voue/poolside ,

Published in December 2012 (1 photographs): Igudsen & Joo/Vanity Fair/pg177,

Published in February 2012 (2 photographs): Mark Wahlberg/Men's Journal/cover, Mark Wahlberg/Men's Journal/rooftop,

Published in February 2012 (1 photographs): BEBE/Online,

Published in February 2012 (5 photographs): Uma Thurman/Harper's Bazaar UK/ cover, Uma Thurman/Harper's Bazaar UK/portait , Uma Thurman/Harper's Bazaar UK/chair , Uma Thurman/Harper's Bazaar UK/b&w, Uma Thurman/Harper's Bazaar UK/urban,

Published in March 2012 (2 photographs): Bruce Springsteen/Rolling Stone/cover, Bruce Springsteen/Rolling Stone/pg39,

Published in March 2012 (1 photographs): Gary Oldman/GQ/online,

Published in March 2012 (2 photographs): Dr. John/Rolling Stone/pg62-63, Dr. John/Rolling Stone/pg49,

Published in March 2012 (1 photographs): Ricky Lauren/Montauk/online,

Published in March 2012 (2 photographs): Will Ferrell/ New York Magazine/pg55, Will Ferrell/ New York Magazine/pg53 ,

Published in April 2012 (4 photographs): Lisa D'Amato/Italian Vogue/pg247, Lisa D'Amato/Italian Vogue/pg244, Lisa D'Amato/Italian Vogue/pg245-246, Lisa D'Amato/Italian Vogue/pg248,

Published in April 2012 (2 photographs): Jimmy Lovine/Rolling Stone/pg55, Jimmy Lovine_Dr Dre/Rolling Stone/pg59,

Published in May 2012 (1 photographs): Barack Obama/Rolling Stone/ cover,

Published in May 2012 (4 photographs): Emma Watson/British GQ/pg161, Emma Watson/British GQ/cover, Emma Watson/British GQ/pg158-159, Emma Watson/British GQ/pg162,

Published in May 2012 (2 photographs): Floyd Mayweather/Rolling Stone/50, Floyd Mayweather/Rolling Stone/57,

Published in May 2012 (2 photographs): Peter Dinklage/Rolling Stone/cover, Peter Dinklage/Rolling Stone/pg44-45,

Published in May 2012 (7 photographs): Olympics Fashion Story Mini Sport/Vogue China/Online, Olympics Fashion Story Mini Sport/Vogue China/Online, Olympics Fashion Story Mini Sport/Vogue China/Online, Olympics Fashion Story Mini Sport/Vogue China/Online, Olympics Fashion Story Mini Sport/Vogue China/Online, Olympics Fashion Story Mini Sport/Vogue China/Online, Olympics Fashion Story Mini Sport/Vogue China/Online,

Published in June 2012 (5 photographs): Jones New York/MAO/Online, Jones New York/MAO/Online, Jones New York/MAO/Online, Jones New York/MAO/Online, Jones New York/MAO/Online,

Published in June 2012 (2 photographs): Emma Stone/New York Magazine/pg51,

Emma Stone/New York Magazine/cover,

Published in June 2012 (1 photographs): Jessica Pare/ Vanity Fare/Pg121,

Published in June 2012 (1 photographs): Lance Armstrong/Men's Journal/ Online,

Published in July 2012 (2 photographs): Poverty in America/Rolling Stone/ pg90-91, Poverty in America/Rolling Stone/ pg94,

Published in July 2012 (2 photographs): Alec Baldwin/Men's Journal/online, Alec Baldwin/Men's Journal/online,

Published in August 2012 (3 photographs): Justin Bieber/Rolling Stone/p35, Justin Bieber/Rolling Stone/p32-33, Justin Bieber/Rolling Stone/cover,

Published in August 2012 (1 photographs): Benj Pasek_ Justin Paul/Vanity Fair/online,

Published in August 2012 (3 photographs): Hillary Clinton/Conde Nast Traveler/online, Hillary Clinton/Conde Nast Traveler/online, Hillary Clinton/Conde Nast Traveler/cover,

Published in September 2012 (8 photographs): Shia LaBeouf/ L'Uomo Vogue/pg156-157, Shia LaBeouf/ L'Uomo Vogue/pg161, Shia LaBeouf/ L'Uomo Vogue/cover, Shia LaBeouf/ L'Uomo Vogue/pg158, Shia LaBeouf/ L'Uomo Vogue/pg159, Shia LaBeouf/ L'Uomo Vogue/pg154-157, Shia LaBeouf/ L'Uomo Vogue/pg162-163, Shia LaBeouf/ L'Uomo Vogue/pg160,

**Names:** Seliger, Mark Alan, 1959-





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [Full Record ▾] | [Format for Print/Save] |
| Enter your email address: [ ] | [Email] |

---



## Copyright
### United States Copyright Office

The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

**Help** | **Search** | **History** | **Titles** | **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002198315
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

*Sebastian Kim 2014.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002198315 / 2020-02-27 |
| **Application Title:** | Sebastian Kim 2014 |
| **Title:** | Sebastian Kim 2014. [Group registration of published photographs. 430 photographs. 2014-02-01 to 2014-12-21] |
| **Description:** | 430 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Sebastian Kim. Address: 440 Kent Ave, 2D, Brooklyn, NY 11249, United States. |
| **Date of Creation:** | 2014 |
| **Publication Date Range:** | 2014-02-01 to 2014-12-21 |
| **Nation of First Publication:** | France |
| **Authorship on Application:** | Sebastian Kim; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY, 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2014 (27 photographs): AU11000096, AU11000097, AU1994634, AU1994636, AU11000095, AU1994585, AU1994580, AU1994581, |

AU11000068, AU11000067, AU11000066, AU1994579, AU1994578, AU1994586, AU1994584, AU1994583, AU1994582, AU1994443, AU1994442, AU1994296, AU1992959, AU1992961, AU1992962, AU1994789, AU1994623, AU11007811, AU11007809

Published in November 2014 (24 photographs): AU1992787, AU1992784, AU1992785, AU1992786, AU1994475, AU1994522, AU1994515, AU1994516, AU1994517, AU1994518, AU1994519, AU1994520, AU1994521, AU1994523, AU1994524, AU1992897, AU1993093, AU1993088, AU1993079, AU1993082, AU1993084, AU1993085, AU1993089, AU1993091

Published in December 2014 (9 photographs): AU1992783, AU1993163, AU1993161, AU1993162, AU1992781, AU1993155, AU1993159, AU1992770, AU1992769

Published in February 2014 (68 photographs): AU1994547, AU11000050, AU11000049, AU11000040, AU1994536, AU1994541, AU1999119, AU1994546, AU11000055, AU11000054, AU11000053, AU11000034, AU11000035, AU11000033, AU11000032, AU11000031, AU11000030, AU11000029, AU1994776, AU1994501, AU11000065, AU1994453, AU1994752, AU1994746, AU1994777, AU1994512, AU1994559, AU1994560, AU1994561, AU1994563, AU1994564, AU1994565, AU1994566, AU1994567, AU1994562, AU11000064, AU1994502, AU1994503, AU11000036, AU11134101, AU11134100, AU11134099, AU11134098, AU11134097, AU11134096, AU11134095, AU11134094, AU11134093, AU11134092, AU1999209, AU1999161, AU1999160, AU1999158, AU1999155, AU1999152, AU1999151, AU1999149, AU1999148, AU1994558, AU1994450, AU1994451, AU1994444, AU1994445, AU1994446, AU1994447, AU1994448, AU1994449

Published in March 2014 (13 photographs): AU1994790, AU11000039, AU1994452, AU1994509, AU1994506, AU1994507, AU1994508, AU1994505, AU1994504, AU11000056, AU11000057, AU1994510, AU1994511

Published in April 2014 (60 photographs): AU1994513, AU1994709, AU1994710, AU1994711, AU1994514, AU1994597, AU1994591, AU1994592, AU1994593, AU1994594, AU1994595, AU1994596, AU1994633, AU1994600, AU1994602, AU1994603, AU1999146, AU1999145, AU1994615, AU1994613, AU1994612, AU1994610, AU1994609, AU1994607, AU1994605, AU1994707, AU1994706, AU1994704, AU1994701, AU1994700, AU1994696, AU1994692, AU1994699, AU1994697, AU1994698, AU1994693, AU1994694, AU1994695, AU1994328, AU1994334, AU1994333, AU1994332, AU1994331, AU1994330, AU1994329, AU1999210, AU1994327, AU1994326, AU1994325, AU1994324, AU1994323, AU1994273, AU1994272, AU1994271, AU1994270, AU1994256, AU1994255, AU11095388, AU11000028, AU1999211

Published in May 2014 (25 photographs): AU1994276, AU1994277, AU1994733, AU1994731, AU1994737, AU1994738, AU1994735, AU1994742, AU1994744, AU1994729, AU1994741, AU1994734, AU1994284, AU1994283, AU1994285, AU1994286, AU1994287, AU11000069, AU11000060, AU1994278, AU1994279, AU1994280, AU1994281, AU1994282, AU1994748

Published in June 2014 (56 photographs): AU11000025, AU11000015, AU11000016, AU11000017, AU11000018, AU11000019, AU11000020, AU11000021, AU11000022, AU11000023, AU11000024, AU11000026, AU11000027, AU1994199, AU1994200, AU1994410, AU1994422, AU1994430, AU1994441, AU1994195, AU1994403, AU1994393, AU1994386, AU1994379, AU1994197, AU1994198, AU1994228, AU1994235, AU1994241, AU1994236, AU1994237, AU1994238, AU1994239, AU1994240, AU1994229, AU1994230, AU1994231, AU1994232, AU1994233, AU1994246, AU1994245, AU1994244, AU1994243, AU1994242, AU1994203, AU1994204, AU1994205,

AU1994211, AU1994206, AU1994202, AU1994207, AU1994201, AU1994208, AU1994209, AU1994210

Published in July 2014 (44 photographs): AU1994214, AU1994216, AU1994219, AU1994682, AU1994684, AU1994686, AU1994688, AU1994690, AU1994680, AU1994590, AU1994589, AU1994588, AU1994625, AU1994628, AU1994632, AU1994630, AU1994302, AU1994301, AU1994787, AU1994784, AU1994782, AU1994780, AU1994299, AU1994298, AU1994297, AU1994212, AU1994618, AU1994529, AU1994530, AU1994528, AU1994527, AU1994526, AU1994525, AU1994617, AU1994677, AU1994674, AU1994661, AU1994673, AU1994670, AU11072981, AU1994668, AU1994666, AU1994664, AU1994660

Published in August 2014 (72 photographs): AU1994758, AU1994766, AU1994769, AU1994771, AU1994773, AU1994760, AU1994764, AU11470924, AU1994763, AU1994364, AU11242792, AU11242793, AU11242790, AU11242789, AU11242788, AU11242779, AU11242778, AU1994343, AU1994344, AU1994345, AU1994346, AU1994347, AU1994348, AU1994358, AU11242791, AU1994335, AU1994336, AU1994337, AU1994338, AU1999220, AU1999224, AU1994289, AU1994288, AU1994316, AU1994313, AU1994314, AU1994315, AU1994311, AU1994310, AU1994309, AU1994308, AU1994300, AU1994312, AU1994295, AU1999219, AU1999218, AU1994294, AU1994293, AU1999226, AU1999227, AU1994292, AU1994291, AU1994290, AU1999228, AU1994342, AU1994341, AU1994340, AU1994339, AU1999223, AU1999222, AU1994322, AU1994317, AU1994318, AU1994319, AU1994321, AU1994320, AU11000070, AU11000071, AU11000072, AU11000073, AU11000074, AU11000075

Published in September 2014 (32 photographs): AU1994193, AU1994188, AU1994555, AU1994556, AU1994755, AU1994754, AU1994192, AU1994552, AU1994553, AU1994187, AU1994176, AU1994184, AU1994183, AU1994189, AU1994182, AU1994557, AU1994174, AU1994175, AU1994194, AU1994186, AU1994185, AU1994554, AU1994191, AU1994551, AU1994550, AU1994549, AU11000077, AU11000076, AU11000078, AU11000079, AU11000080, AU11104705

**Names:** Kim, Sebastian



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002198319
Search Results: Displaying 1 of 1 entries

◀ **previous**     **next** ▶

Labeled View

*Sebastian Kim 2011.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002198319 / 2020-02-27 |
| **Application Title:** | Sebastian Kim 2011 |
| **Title:** | Sebastian Kim 2011. [Group registration of published photographs. 231 photographs. 2011-02-16 to 2011-12-31] |
| **Description:** | 231 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Sebastian Kim. Address: 440 Kent Ave, 2D, Brooklyn, NY 11249, United States. |
| **Date of Creation:** | 2011 |
| **Publication Date Range:** | 2011-02-16 to 2011-12-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sebastian Kim; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY, 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2011 (19 photographs): AU11002739, AU11002736, AU11002737, AU11002738, AU11000348, AU11000272, AU11000271, AU11000270, AU11000280, AU11000279, AU11000278, AU11000277, AU11000276, AU11000275, AU11000274, AU11000273, AU11000171, AU11000155, AU11000218 |
| | Published in November 2011 (53 photographs): AU11000341, AU11000340, AU11000344, AU11471657, AU11000342, AU11471658, AU11471623, |

AU11471621, AU11000343, AU11471659, AU11471620, AU11471622,
AU11000345, AU11000346, AU11000347, AU11000259, AU11000258,
AU11000257, AU11000256, AU11000255, AU11000260, AU11000261,
AU11000262, AU11000263, AU11000173, AU11000175, AU11000174,
AU11000130, AU11000129, AU11000128, AU11000127, AU11000126,
AU11000132, AU11000131, AU11000133, AU1999928, AU11000237,
AU11000235, AU11000234, AU11000225, AU11000228, AU11000227,
AU11000226, AU11000236, AU11000240, AU11000239, AU11000244,
AU11000241, AU11000245, AU11000246, AU11000242, AU11000238,
AU11000243

Published in December 2011 (30 photographs): AU11090751, AU11090745,
AU11090743, AU11090747, AU11090744, AU11090746, AU11090748,
AU11090750, AU11090749, AU11090753, AU11090752, AU11090754,
AU1994097, AU1994096, AU1994095, AU1994094, AU1994093, AU1994092,
AU11000336, AU11000335, AU11000334, AU11000207, AU11000332,
AU11000331, AU11000333, AU11000297, AU11000296, AU11000295,
AU11000294, AU11000293

Published in February 2011 (29 photographs): AU11000321, AU11000322,
AU11000323, AU11000324, AU11000319, AU11000320, AU11000317,
AU11000318, AU11000163, AU11000164, AU11000165, AU11000166,
AU11000167, AU11000168, AU11000169, AU11000170, AU11000325,
AU11000352, AU11000351, AU11000350, AU11000359, AU11000360,
AU11000358, AU11000357, AU11000356, AU11000355, AU11000354,
AU11000353, AU11000162

Published in March 2011 (2 photographs): AU11000361, AU11000362

Published in April 2011 (3 photographs): AU11072536, AU11072526, AU11000328

Published in May 2011 (25 photographs): AU11000365, AU11000373,
AU11000968, AU11000375, AU11000286, AU11000285, AU11000284,
AU11000283, AU11000282, AU11000281, AU11000349, AU11000292,
AU11000290, AU11000289, AU11000338, AU11000291, AU11000337,
AU11000288, AU11000287, AU11000363, AU11000339, AU11000215,
AU11000214, AU11000213, AU11000212

Published in June 2011 (25 photographs): AU11000183, AU11000184,
AU11000185, AU11000192, AU11000190, AU11000189, AU11000188,
AU11000187, AU11000186, AU11000316, AU11000193, AU11000194,
AU11000313, AU11000314, AU11000315, AU11000191, AU11000182,
AU11000123, AU11000179, AU11000180, AU11000181, AU11000208,
AU11000209, AU11000210, AU11000211

Published in July 2011 (32 photographs): AU11000141, AU11000145,
AU11000143, AU11000142, AU11000140, AU11000147, AU11000144,
AU11000146, AU11000149, AU11000148, AU11000120, AU11000114,
AU11000115, AU11000116, AU11000117, AU11000118, AU11000119,
AU11000121, AU11000122, AU11000364, AU11000177, AU11000178,
AU11000176, AU11000374, AU11000302, AU11000304, AU11000305,
AU11000303, AU11000301, AU11000300, AU11000299, AU11000298

Published in August 2011 (4 photographs): AU11000366, AU11000367,
AU11000217, AU11000216

Published in September 2011 (9 photographs): AU11000330, AU11000329,
AU11000311, AU11000139, AU11000138, AU11000136, AU11000135,
AU11000312, AU11000134

**Names:** Kim, Sebastian



## Save, Print and Email (**Help Page**)

Select Download Format [Full Record ▼] [Format for Print/Save]

Enter your email address: [_____] [Email]

---

**Help**   **Search**   **History**   **Titles**   **Start Over**

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



*United States Copyright Office*

The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002199785
Search Results: Displaying 1 of 1 entries

◄ previous    next ►

---



*Sebastian Kim 2013.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002199785 / 2020-03-11 |
| **Application Title:** | Sebastian Kim 2013 |
| **Title:** | Sebastian Kim 2013. [Group registration of published photographs. 408 photographs. 2013-01-01 to 2013-12-29] |
| **Description:** | 408 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Sebastian Kim. Address: 440 Kent Ave, 2D, Brooklyn, NY 11249, United States. |
| **Date of Creation:** | 2013 |
| **Publication Date Range:** | 2013-01-01 to 2013-12-29 |
| **Nation of First Publication:** | France |
| **Authorship on Application:** | Sebastian Kim; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY, 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2013 (16 photographs): AU1993973, AU11000598, AU11000732, AU11000829, AU11000831, AU11000830, AU11000832, |

AU11000833, AU11000835, AU11000836, AU11000838, AU11000837, AU11000827, AU11000828, AU11000933, AU11000426

Published in October 2013 (57 photographs): AU11026055, AU11026056, AU11026054, AU11026053, AU11026058, AU11026061, AU11026057, AU11026059, AU11026062, AU11026060, AU11000536, AU1994750, AU1994620, AU11000061, AU11000062, AU11000063, AU1994587, AU1994274, AU1994275, AU11000962, AU11000963, AU11000964, AU11000965, AU11000966, AU11000960, AU11000961, AU11000699, AU11000701, AU11000706, AU11000710, AU11000714, AU11000719, AU11000723, AU11000694, AU11000691, AU11000089, AU11000082, AU11000083, AU11000084, AU11000085, AU11000086, AU11000087, AU11000088, AU11000090, AU11000091, AU11000555, AU11000554, AU11000558, AU11000557, AU11000556, AU11000580, AU11000581, AU11000574, AU11000582, AU11000583, AU11000579, AU11000577

Published in November 2013 (53 photographs): AU11000857, AU11000856, AU1994249, AU1994250, AU1994247, AU1994248, AU1994253, AU1994252, AU1994251, AU11000576, AU11000567, AU11000569, AU11000568, AU11000570, AU11000571, AU11000572, AU11000573, AU11000575, AU11000081, AU1994568, AU1994570, AU1994569, AU1994254, AU1994573, AU1994574, AU1994575, AU1994576, AU1994577, AU1994571, AU1994572, AU1994226, AU1994220, AU1994221, AU1994222, AU1994223, AU1994224, AU1994225, AU1994227, AU11000105, AU11000103, AU11000104, AU11000107, AU11000106, AU1994646, AU1994638, AU1994651, AU1994653, AU1994656, AU1994649, AU1994640, AU1994641, AU1994642, AU1994644

Published in December 2013 (28 photographs): AU11000381, AU11000382, AU11000380, AU11000379, AU11000387, AU11000383, AU11000384, AU11000385, AU11000386, AU11000388, AU11000389, AU11000052, AU1999229, AU1994716, AU1994717, AU1994719, AU1994721, AU1994725, AU1994726, AU11000450, AU1994727, AU11000451, AU11000860, AU11000110, AU11000111, AU11000112, AU11000113, AU11000109

Published in February 2013 (45 photographs): AU11000411, AU11000483, AU11000409, AU11000619, AU11000663, AU11000658, AU11000672, AU11000676, AU11000679, AU11000687, AU11000826, AU11000825, AU11000870, AU11000873, AU11000877, AU11000882, AU11000885, AU11000886, AU11000889, AU11000896, AU11000892, AU11000871, AU11000823, AU11000819, AU11000824, AU11000820, AU11000821, AU11000822, AU11000938, AU11000934, AU11000935, AU11000936, AU11000937, AU11000939, AU11000940, AU11000941, AU11000942, AU11000943, AU11000944, AU11000945, AU11000816, AU11000814, AU11000815, AU11000817, AU11000818

Published in March 2013 (18 photographs): AU11000447, AU11000446, AU11000903, AU11000898, AU11000900, AU11000526, AU11000422, AU11000493, AU11000421, AU11000419, AU11000423, AU11000444, AU11000440, AU11000432, AU11000434, AU11000441, AU11000442, AU11000443

Published in April 2013 (29 photographs): AU11000584, AU11000754, AU11000755, AU11000758, AU11000761, AU11000763, AU11000785, AU11000794, AU11000768, AU11000782, AU11000779, AU11000535, AU11000445, AU11000946, AU11000864, AU11000862, AU11000737, AU11000749, AU11000745, AU11000740, AU11000392, AU11000390, AU11000391, AU11000412, AU11000413, AU11000415, AU11000414, AU11000416, AU11000420

Published in May 2013 (53 photographs): AU11000480, AU11000410, AU11000481, AU11000482, AU11000478, AU11000479, AU11000393,

AU11000949, AU11000954, AU11000953, AU11000952, AU11000955, AU11000957, AU11000956, AU11000959, AU11000626, AU11000629, AU11000632, AU11000634, AU11000636, AU11000641, AU11000644, AU11000648, AU11000655, AU11000636, AU11000394, AU11000395, AU11000396, AU11000397, AU11000398, AU11000399, AU11000400, AU11000401, AU11000402, AU11000403, AU11000404, AU11000405, AU11000599, AU11000600, AU11000601, AU11000603, AU11000604, AU11000606, AU11000611, AU11000617, AU11000425, AU11000958, AU11000424, AU11000429, AU11000428, AU11000427, AU11000431, AU11000430, AU11000433

Published in June 2013 (17 photographs): AU11000948, AU11000951, AU11000950, AU11000472, AU11000454, AU11000407, AU11000406, AU11000408, AU11000455, AU11000456, AU11000457, AU11000460, AU11000461, AU11000462, AU11000463, AU11000464, AU11000465

Published in July 2013 (36 photographs): AU11000798, AU11000801, AU11000804, AU11000809, AU11000810, AU11000811, AU11000812, AU11000813, AU11000527, AU11000494, AU11000495, AU11000496, AU11000497, AU11000498, AU11000502, AU11000522, AU11000523, AU11000524, AU11000525, AU1993172, AU11000839, AU11000841, AU11000842, AU11000844, AU11000846, AU11000474, AU11000473, AU11000485, AU11000484, AU11000486, AU11000487, AU11000488, AU11000489, AU11000490, AU11000491, AU11000595

Published in August 2013 (54 photographs): AU11000947, AU11000540, AU11000543, AU11000544, AU11000537, AU11000542, AU11000541, AU11000538, AU11000539, AU11000910, AU11000913, AU11000915, AU11000918, AU11000920, AU11000922, AU11000908, AU11000906, AU11000530, AU11000531, AU11000532, AU11000533, AU11000534, AU11000528, AU11000529, AU11000452, AU11000926, AU11000453, AU11000477, AU11000476, AU11000492, AU11000561, AU11000562, AU11000563, AU11000564, AU11000566, AU11000565, AU11000559, AU11000560, AU11000547, AU11000548, AU11000549, AU11000550, AU11000551, AU11000552, AU11000553, AU11000545, AU11000546, AU11000927, AU11000931, AU11433695, AU11000597, AU11433693, AU11433696, AU11433694

Published in September 2013 (2 photographs): AU11000449, AU11000448

**Names:** Kim, Sebastian



| Save, Print and Email (**Help Page**) | | |
| --- | --- | --- |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002199818
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶



*Sebastian Kim 2012.*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002199818 / 2020-03-11

**Application Title:** Sebastian Kim 2012

**Title:** Sebastian Kim 2012. [Group registration of published photographs. 389 photographs. 2012-02-03 to 2012-12-28]

**Description:** 389 photographs : Electronic file (eService)

**Copyright Claimant:** Sebastian Kim. Address: 440 Kent Ave, 2D, Brooklyn, NY 11249, United States.

**Date of Creation:** 2012

**Publication Date Range:** 2012-02-03 to 2012-12-28

**Nation of First Publication:** France

**Authorship on Application:** Sebastian Kim; Domicile: United States; Citizenship: United States. Authorship: photographs.

**Rights and Permissions:** Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in October 2012 (42 photographs): AU1993598, AU1993597, AU1993599, AU1993600, AU1993601, AU1993602, AU1993603, AU1993604,

AU1994133, AU1993596, AU1993454, AU1993447, AU1993448, AU1993449, AU1993451, AU1993453, AU1993452, AU1993455, AU1993456, AU1993458, AU1993457, AU1993459, AU1993490, AU1993492, AU1993491, AU1993495, AU1993496, AU1993481, AU1993489, AU1993493, AU1993494, AU11081714, AU1993886, AU11081704, AU1993865, AU11081716, AU11081713, AU1993898, AU1993900, AU1993908, AU1993906, AU11081718

Published in November 2012 (8 photographs): AU1993633, AU1993472, AU1993271, AU1993476, AU1993477, AU1993478, AU1993479, AU1993480

Published in December 2012 (61 photographs): AU1993828, AU1993835, AU1993841, AU1993850, AU1993803, AU1993821, AU1999569, AU1999570, AU1999571, AU1999573, AU1999575, AU1999576, AU1999568, AU1999567, AU1993464, AU1993460, AU1993461, AU1993462, AU1993463, AU1993466, AU1993465, AU1999582, AU1999589, AU1999606, AU1999581, AU1999586, AU1999580, AU1999577, AU1999578, AU1993258, AU1993256, AU1994091, AU1994084, AU1994085, AU1994086, AU1994087, AU1994088, AU1994089, AU1994090, AU1994101, AU1994102, AU1994103, AU1994104, AU1994105, AU1994106, AU1994107, AU1994108, AU1994100, AU1994099, AU1994098, AU1993551, AU1993550, AU1993552, AU1993553, AU1993554, AU1993556, AU1993555, AU1993557, AU1993547, AU1993548, AU1993549

Published in February 2012 (64 photographs): AU1993725, AU1993726, AU1993729, AU1993712, AU1993713, AU1993716, AU1993717, AU1993718, AU1993719, AU1993720, AU1993721, AU1993722, AU11111229, AU11111233, AU11111232, AU11111230, AU11111231, AU11111251, AU11135438, AU11111240, AU1999951, AU11111235, AU1993261, AU11111236, AU1994017, AU1994021, AU11111239, AU11111254, AU1993965, AU11111247, AU11111243, AU11111242, AU1993613, AU1993614, AU11111244, AU1993585, AU1993474, AU1993473, AU1993475, AU1993624, AU1993619, AU1993621, AU1993622, AU1993623, AU1993627, AU1993630, AU1993507, AU1993508, AU1993509, AU1993505, AU1993506, AU1993543, AU1993541, AU1993544, AU1993545, AU1993546, AU1993539, AU1993540, AU1993542, AU1993743, AU1993747, AU1993739, AU1993740, AU1993746

Published in March 2012 (13 photographs): AU1993760, AU1993749, AU1993750, AU1993752, AU1993754, AU1993756, AU1993758, AU1993770, AU1993771, AU1993665, AU1993667, AU1993616, AU1993617

Published in April 2012 (22 photographs): AU11000593, AU11000594, AU1993501, AU1993502, AU1993503, AU1994138, AU1994137, AU1994140, AU1994135, AU1994136, AU1994139, AU1994169, AU1994163, AU1994164, AU1994165, AU1994167, AU1994166, AU1994168, AU1994170, AU1994171, AU1994172, AU1994173

Published in May 2012 (32 photographs): AU1993534, AU1993535, AU1993532, AU1993533, AU1993270, AU1993268, AU1993470, AU1993471, AU1993916, AU1993925, AU1993911, AU1993923, AU1993954, AU1993959, AU1993931, AU1993936, AU1993941, AU1993946, AU1993952, AU1993958, AU1999887, AU1999886, AU1999888, AU1999889, AU1999890, AU1999891, AU1999892, AU1994127, AU1999895, AU1999897, AU1994123, AU1994125

Published in June 2012 (48 photographs): AU11000378, AU11000377, AU1994141, AU11000467, AU11000469, AU11000471, AU11000470, AU11000466, AU11000468, AU1993735, AU1993730, AU1993733, AU1993737, AU1993263, AU1993264, AU1993432, AU1993433, AU1993440, AU1993439, AU1993442, AU1993441, AU1993443, AU1993445, AU1993444, AU1993446, AU1994039, AU1994043, AU1994028, AU1994036, AU1993773, AU1993586, AU1993587, AU1993588, AU1993589, AU1993590, AU1993591, AU1993592, AU1993593, AU1993594, AU1993595, AU1993679, AU1993668, AU1993673, AU1993678, AU1993681, AU1993682, AU1993684, AU1993685

Published in July 2012 (46 photographs): AU1993504, AU1999640, AU1999676, AU1994162, AU1999722, AU1999626, AU1994147, AU1994148, AU1994149, AU1994142, AU1994143, AU1994144, AU1994145, AU1994146, AU11284384, AU11284383, AU11284373, AU11284374, AU11284387, AU11284385, AU11284389, AU11284388, AU11284386, AU1994008, AU1994011, AU1993987, AU1993981, AU1993999, AU1993977, AU1994005, AU1993992, AU1993986, AU1994080, AU1994077, AU1994078, AU1994079, AU1993274, AU1993272, AU1993275, AU1993279, AU1993277, AU1999736, AU1999737, AU1999734, AU1999733, AU1993467

Published in August 2012 (51 photographs): AU1993689, AU1993690, AU1993691, AU1993692, AU1993695, AU1993696, AU1993698, AU1993700, AU1993702, AU1993705, AU1993707, AU1993687, AU1994161, AU1994068, AU1994046, AU1994049, AU1994052, AU1994056, AU1994063, AU1994064, AU1994072, AU1994073, AU1994074, AU1994075, AU1994076, AU1993266, AU1993558, AU1993559, AU1993566, AU1994083, AU1993500, AU1994082, AU1993563, AU1993565, AU1993566, AU1993567, AU1993568, AU1993569, AU1993570, AU1993561, AU1993564, AU1993529, AU1993530, AU1993775, AU1993781, AU1993250, AU1993251, AU1993254, AU1993255, AU1993257, AU1993531

Published in September 2012 (2 photographs): AU1993606, AU1993605

**Names:** Kim, Sebastian





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002202058
Search Results: Displaying 1 of 1 entries

◄ previous    next ►



*Ben Hassett 2014.*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002202058 / 2020-04-13

**Application Title:** Ben Hassett 2014

**Title:** Ben Hassett 2014. [Group registration of published photographs. 433 photographs. 2014-01-10 to 2014-12-30]

**Description:** 433 photographs : Electronic file (eService)

**Copyright Claimant:** Ben Hassett. Address: 30 Irving Place, 8th Floor, New York, NY 10003, United States.

**Date of Creation:** 2014

**Publication Date Range:** 2014-01-10 to 2014-12-30

**Nation of First Publication:** United States

**Authorship on Application:** Ben Hassett; Domicile: United States; Citizenship: United States. Authorship: photographs.

**Rights and Permissions:** Bill Hannigan, AUGUST Image, LLC., 793 Broadway 2nd floor, New York NY 10003, United States, (212) 777-0088, bill@augustimage.com

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2014 (15 photographs): AU282941, AU282942, AU282928,

AU282932, AU282931, AU282927, AU282930, AU282929, AU282933, AU282935, AU282937, AU282934, AU282936, AU282938, AU282939

Published in October 2014 (123 photographs): AU11338296, AU11338294, AU11338295, AU11338293, AU11338292, AU11338302, AU11364754, AU11338304, AU11338307, AU11338311, AU11338305, AU11338303, AU11338312, AU11338629, AU11338621, AU11338620, AU11338614, AU11338604, AU11338601, AU11338600, AU11338593, AU11338592, AU11338591, AU11338350, AU11338333, AU11338332, AU11338331, AU11338330, AU11338656, AU11338657, AU11338672, AU11338673, AU11338674, AU11338675, AU11338677, AU11338678, AU11338721, AU11338738, AU11338590, AU11338714, AU11338716, AU11338594, AU11338595, AU11338597, AU11338596, AU11338598, AU11338599, AU11338718, AU11338602, AU11338603, AU11338605, AU11338606, AU11338607, AU11338608, AU11338609, AU11338610, AU11338611, AU11338612, AU11338613, AU11338615, AU11338616, AU11338617, AU11338618, AU11338619, AU11338622, AU11338623, AU11338624, AU11338625, AU11338726, AU11338626, AU11338628, AU11338630, AU11338728, AU11338631, AU11338632, AU11338633, AU11338634, AU11338635, AU11338636, AU11338730, AU11338732, AU11338734, AU11338637, AU11338641, AU11338642, AU11338643, AU11338737, AU11338644, AU11338645, AU11338647, AU11338648, AU11338649, AU11338651, AU11338653, AU11338658, AU11338659, AU11338660, AU11338661, AU11338670, AU11338671, AU11338676, AU11338679, AU11338655, AU11338654, AU11338652, AU11338650, AU11338646, AU11338640, AU11338639, AU11338638, AU11338627, AU11338313, AU11338314, AU11338316, AU11338711, AU11338329, AU11338941, AU11338320, AU11338321, AU11338322, AU11338323, AU11338324, AU11338325

Published in November 2014 (34 photographs): AU11338702, AU11338703, AU11338704, AU11338706, AU11338681, AU11338682, AU11338687, AU11338689, AU11338690, AU11338691, AU11338692, AU11338693, AU11338694, AU11338695, AU11338697, AU11338699, AU11338700, AU11338701, AU11338708, AU11338705, AU11338698, AU11338696, AU11338684, AU11338683, AU11338680, AU11338709, AU11338707, AU11338710, AU11338743, AU11338764, AU11338685, AU11338686, AU11338688, AU11338742

Published in December 2014 (30 photographs): AU283262, AU283260, AU283259, AU283258, AU283257, AU283263, AU283214, AU283208, AU283162, AU283163, AU283158, AU283154, AU283137, AU283261, AU11338942, AU11338767, AU11338768, AU11338769, AU11338770, AU11338943, AU11338940, AU282738, AU283126, AU283125, AU283124, AU283123, AU283122, AU283119, AU283120, AU283121

Published in February 2014 (14 photographs): AU11339104, AU11337966, AU11337955, AU11337954, AU11337948, AU11337957, AU11337956, AU11339099, AU11339101, AU11339102, AU11337963, AU11337962, AU11337965, AU11337964

Published in March 2014 (7 photographs): AU11337985, AU11337974, AU11337973, AU11337972, AU11337980, AU11340396, AU11340397

Published in April 2014 (83 photographs): AU11338025, AU11338038, AU11338040, AU11338027, AU11338030, AU11338026, AU11338024, AU11338050, AU282946, AU11338051, AU11338052, AU282949, AU282948, AU11338049, AU11338048, AU282947, AU11338060, AU11338058, AU11338057, AU11338056, AU11338055, AU11338054, AU11338053, AU11338062, AU11338063, AU11338065, AU11338061, AU11338059, AU11338091, AU11338085, AU11338084, AU11338087, AU11338086,

AU11338090, AU11338089, AU11338088, AU11338116, AU282956, AU282955, AU282954, AU11338105, AU11338104, AU11338103, AU11338102, AU11338101, AU11338100, AU282958, AU282968, AU282967, AU282966, AU282965, AU282964, AU282963, AU282962, AU282961, AU282971, AU282992, AU282990, AU282989, AU282988, AU282987, AU282986, AU282985, AU282984, AU282983, AU282982, AU282981, AU282980, AU282978, AU282977, AU282977, AU282976, AU282975, AU282974, AU282973, AU282972, AU282998, AU282997, AU282996, AU282995, AU282994, AU282993, AU282991

Published in May 2014 (22 photographs): AU11338135, AU11338156, AU11338117, AU11338153, AU11338120, AU11338133, AU11338165, AU11338147, AU11338136, AU11338149, AU11338145, AU11338141, AU11338134, AU11338140, AU11338163, AU11338144, AU11338138, AU283008, AU283001, AU283002, AU283003, AU283004

Published in June 2014 (26 photographs): AU283026, AU283035, AU283025, AU283033, AU283024, AU283032, AU283023, AU283031, AU283022, AU283030, AU283021, AU283029, AU283020, AU283028, AU283019, AU283027, AU283018, AU283017, AU283042, AU283058, AU283059, AU283061, AU283060, AU283071, AU283069, AU283070

Published in July 2014 (31 photographs): AU283076, AU283088, AU283081, AU283082, AU283075, AU283078, AU283079, AU283080, AU283087, AU283074, AU283077, AU11338166, AU11338167, AU11338169, AU11338168, AU11338171, AU11338193, AU11338209, AU11338221, AU11338216, AU11338213, AU11338212, AU11338211, AU11338210, AU11338208, AU11338207, AU11338206, AU11338205, AU11338204, AU11338203, AU11338228

Published in August 2014 (36 photographs): AU283096, AU11338222, AU11338223, AU11338226, AU11338225, AU283098, AU283097, AU283089, AU283090, AU283095, AU283094, AU11338239, AU11338244, AU11338241, AU11338268, AU11338257, AU11338255, AU11338254, AU11338251, AU11338248, AU11338247, AU11338238, AU11338245, AU11338282, AU11338275, AU11338269, AU11338276, AU11338277, AU11338271, AU11338272, AU11338273, AU11338274, AU11338284, AU11338285, AU11338291, AU11338283

Published in September 2014 (12 photographs): AU283132, AU283134, AU283135, AU283136, AU283108, AU283109, AU283110, AU283111, AU283112, AU283113, AU283114, AU283133

**Names:** Hassett, Ben



| Save, Print and Email (**Help Page**) |
| Select Download Format   Full Record   Format for Print/Save |
| Enter your email address:                                Email |

Copyright United States Copyright Office

The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002219279
Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

***James Macari 2015.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002219279 / 2020-09-22
**Application Title:** James Macari 2015
**Title:** James Macari 2015. [Group registration of published photographs. 219 photographs. 2015-01-01 to 2015-11-18]
**Description:** 219 photographs : Electronic file (eService)
**Copyright Claimant:** James Macari. Address: 391 1st Street Apt #4L, Brooklyn, NY 11215, United States.
**Date of Creation:** 2015
**Publication Date Range:** 2015-01-01 to 2015-11-18
**Nation of First Publication:** United States
**Authorship on Application:** James Macari; Domicile: United States; Citizenship: United States. Authorship: photographs.
**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2015 (43 photographs): AU11212314, AU11212310, AU11212308, AU11212305, AU11212306, AU11212304, AU11212303,

WebVoyage Record View 1

AU11212300, AU11212311, AU11212312, AU11212313, AU11212315, AU11212316, AU11216686, AU11216688, AU11216690, AU11216692, AU11216693, AU11216694, AU11216695, AU11216696, AU11216638, AU11216756, AU11216755, AU11216643, AU11216642, AU11216641, AU11216640, AU11216639, AU11216757, AU11216637, AU11216636, AU11216691, AU11216687, AU11216689, AU11216761, AU11216760, AU11216762, AU11216763, AU11216764, AU11216765, AU11216759, AU11216758

Published in October 2015 (20 photographs): AU11212324, AU11212323, AU11212321, AU11212322, AU11212320, AU11212326, AU11212325, AU11212318, AU11212319, AU11212117, AU11212118, AU11212110, AU11212109, AU11212108, AU11212111, AU11212113, AU11212112, AU11212115, AU11212114, AU11212116

Published in November 2015 (16 photographs): AU11216675, AU11216676, AU11216677, AU11216678, AU11216674, AU11216672, AU11212121, AU11212123, AU11212122, AU11212125, AU11212127, AU11212126, AU11212124, AU11212137, AU11212120, AU11212119

Published in March 2015 (23 photographs): AU11216854, AU11216855, AU11216857, AU11216858, AU11216859, AU11216861, AU11216860, AU11216853, AU11216856, AU11216852, AU11216865, AU11216866, AU11216868, AU11216867, AU11216869, AU11216870, AU11216871, AU11216872, AU11216874, AU11216862, AU11216863, AU11216864, AU11216873

Published in April 2015 (16 photographs): AU11211528, AU11211536, AU11211535, AU11211527, AU11211530, AU11211579, AU11211529, AU11211533, AU11211532, AU11211531, AU11211534, AU11216719, AU11216707, AU11216709, AU11216710, AU11216718

Published in June 2015 (47 photographs): AU11216796, AU11216795, AU11216791, AU11216792, AU11216793, AU11216794, AU11211346, AU11211345, AU11211355, AU11211357, AU11211359, AU11211377, AU11211376, AU11211343, AU11211344, AU11216726, AU11216736, AU11216735, AU11216734, AU11216733, AU11216732, AU11216731, AU11216730, AU11216729, AU11216728, AU11216809, AU11216727, AU11216679, AU11216808, AU11216811, AU11216812, AU11216815, AU11216817, AU11216819, AU11216820, AU11216822, AU11216825, AU11216826, AU11216830, AU11216839, AU11216841, AU11216681, AU11216680, AU11216682, AU11216683, AU11216685, AU11216684

Published in August 2015 (11 photographs): AU11216875, AU11216878, AU11216879, AU11216881, AU11216880, AU11216882, AU11216884, AU11216888, AU11216886, AU11216892, AU11216889

Published in September 2015 (43 photographs): AU11216748, AU11216750, AU11216749, AU11216752, AU11216753, AU11216737, AU11216738, AU11216740, AU11216739, AU11216741, AU11216742, AU11216743, AU11216744, AU11216745, AU11216747, AU11216746, AU11216754, AU11216751, AU11216768, AU11216770, AU11216769, AU11216772, AU11216774, AU11216775, AU11216776, AU11216777, AU11216782, AU11216783, AU11216788, AU11216785, AU11216778, AU11216779, AU11216780, AU11216784, AU11216787, AU11216786, AU11216790, AU11216767, AU11216766, AU11216771, AU11216773, AU11216781, AU11216789

**Names:** Macari, James



**Save, Print and Email (Help Page)**

| | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: |   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002219280
Search Results: Displaying 1 of 1 entries

◄ previous     next ►



*Tesh Patel 2014.*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002219280 / 2020-09-22

**Application Title:** Tesh Patel 2014

**Title:** Tesh Patel 2014. [Group registration of published photographs. 51 photographs. 2014-01-01 to 2014-12-16]

**Description:** 51 photographs : Electronic file (eService)

**Copyright Claimant:** Tesh Patel. Address: 274 Degraw St., Brooklyn, NY 11231, United States.

**Date of Creation:** 2014

**Publication Date Range:** 2014-01-01 to 2014-12-16

**Nation of First Publication:** United States

**Authorship on Application:** Tesh Patel; Domicile: United States; Citizenship: United States. Authorship: photographs.

**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2014 (7 photographs): AU11056039, AU11056041, AU11056042, AU11056043, AU11056044, AU11056045, AU11056049

Published in November 2014 (7 photographs): AU11053820, AU11053821, AU11053822, AU11053823, AU11053824, AU11053825, AU11053827

Published in December 2014 (12 photographs): AU11053793, AU11053794, AU11053797, AU11053798, AU11053799, AU11053800, AU11053801, AU11053802, AU11053803, AU11053804, AU11053807, AU11053808

Published in March 2014 (6 photographs): AU11056058, AU11056060, AU11056061, AU11056062, AU11056063, AU11056064

Published in July 2014 (12 photographs): AU11055999, AU11056000, AU11056001, AU11056002, AU11056003, AU11056004, AU11056005, AU11056006, AU11056009, AU11056010, AU11056011, AU11056012

Published in September 2014 (7 photographs): AU11056125, AU11056126, AU11056127, AU11056128, AU11056129, AU11056130, AU11056132

**Names:** Patel, Tesh





**Save, Print and Email (Help Page)**

| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002219286
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

---



*Camilla Akrans 2014.*

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002219286 / 2020-09-22 |
| **Application Title:** | Camilla Akrans 2014 |
| **Title:** | Camilla Akrans 2014. [Group registration of published photographs. 355 photographs. 2014-01-02 to 2014-12-17] |
| **Description:** | 355 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Camilla Akrans. Address: S:t Eriks gatan 43A, Stockholm 112 34, Sweden. |
| **Date of Creation:** | 2014 |
| **Publication Date Range:** | 2014-01-02 to 2014-12-17 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Camilla Akrans; Domicile: Sweden; Citizenship: Sweden. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2014 (97 photographs): AU11140084, AU1993693, AU1993694, AU1993697, AU1993699, AU1993701, AU1993703, AU1993704, AU1993706, AU1993708, AU1993709, AU1993710, AU1993711, AU1993714, |

AU1993715, AU11139424, AU11139423, AU11139421, AU11139418, AU11139419, AU11139420, AU11139417, AU11139422, AU11139416, AU11139414, AU11139413, AU11139412, AU11139411, AU1993688, AU11139408, AU11139410, AU11139409, AU11139407, AU11139406, AU11139404, AU11139415, AU11139403, AU11139402, AU11144229, AU11144230, AU11144227, AU11144228, AU11144226, AU11144225, AU11144222, AU11144223, AU11144224, AU11144221, AU11144220, AU11144219, AU11144217, AU11140069, AU11140067, AU11140071, AU11140072, AU11140083, AU11140070, AU11140074, AU11140073, AU11140077, AU11140075, AU11140076, AU11140078, AU11140079, AU11140080, AU11140081, AU11140082, AU11140329, AU11140330, AU11140331, AU11140332, AU11140333, AU11140323, AU11140324, AU11140325, AU11140328, AU11140327, AU11140326, AU11139345, AU11139347, AU11139346, AU11139349, AU11139344, AU11139339, AU11139340, AU11139343, AU11139342, AU11139341, AU11140147, AU11140145, AU11140143, AU11140141, AU11140144, AU11140146, AU11140148, AU11140140, AU11140149

Published in November 2014 (66 photographs): AU11191651, AU11191647, AU11191644, AU11191650, AU11191643, AU11191645, AU11191633, AU11191634, AU11191652, AU11191648, AU11191649, AU11191646, AU11140503, AU11140498, AU11140499, AU11140501, AU11140500, AU11140502, AU11140504, AU11140505, AU11140506, AU11140508, AU11140512, AU11140514, AU11140513, AU11140507, AU11140511, AU11140509, AU11140510, AU11143452, AU11143457, AU11143456, AU11143458, AU11143460, AU11143459, AU11143462, AU11143461, AU11143463, AU11143464, AU11143466, AU11143465, AU11143467, AU11143469, AU11143468, AU11143470, AU11143471, AU11143472, AU11143455, AU11143453, AU11375787, AU287899, AU11375946, AU11140496, AU11143454, AU11144181, AU11144185, AU11144178, AU11144179, AU11144180, AU11144184, AU11144183, AU11144182, AU11144176, AU11144177, AU11144175, AU11144174

Published in December 2014 (43 photographs): AU11139353, AU11139350, AU11139351, AU11139352, AU11139355, AU11139348, AU11139354, AU11139356, AU11139659, AU11139658, AU11139657, AU11139663, AU11139661, AU11139660, AU11139662, AU11139664, AU11139656, AU11139653, AU11139655, AU11139654, AU11143715, AU11143703, AU11143735, AU11143769, AU11143612, AU11143610, AU11143807, AU11143736, AU11143619, AU11143614, AU11143616, AU11143615, AU11143611, AU11143608, AU11143606, AU11143847, AU11143846, AU11143828, AU11143827, AU11143770, AU11143674, AU11143683, AU11143702

Published in April 2014 (27 photographs): AU11140482, AU11140485, AU11140487, AU11140486, AU11140472, AU11140473, AU11140474, AU11140475, AU11140477, AU11140476, AU11140480, AU11140479, AU11140478, AU11140481, AU11140484, AU11140483, AU11139705, AU11140490, AU11143649, AU11140491, AU11140492, AU11140493, AU11140494, AU11140495, AU11140488, AU11140497, AU11140489

Published in May 2014 (71 photographs): AU11139190, AU11139192, AU11139191, AU1993650, AU11143431, AU11143428, AU11143429, AU11143430, AU11143432, AU11143433, AU11143427, AU11143434, AU11143435, AU11143436, AU1993666, AU1993664, AU1993663, AU1993661, AU1993660, AU1993659, AU1993658, AU1993657, AU1993655, AU1993654, AU1993653, AU1993651, AU11139618, AU11139619, AU11139617, AU11139620, AU11139622, AU11139621, AU11139625, AU11139623, AU11139624, AU11139693, AU11139695, AU11139696, AU11139692, AU11139702,

AU11139698, AU11139697, AU11139700, AU11139699, AU11139701,
AU11139703, AU11143588, AU11143574, AU11143573, AU11143586,
AU11143585, AU11143587, AU11143570, AU11143584, AU11143582,
AU11143583, AU11143579, AU11143576, AU11143578, AU11143580,
AU11143572, AU11144258, AU11144256, AU11144257, AU11144255,
AU11144259, AU11144261, AU11144260, AU11144262, AU11144264,
AU11144263

Published in June 2014 (28 photographs): AU11140195, AU11140193,
AU11140196, AU11140197, AU11140190, AU11140194, AU11140192,
AU11140199, AU11140203, AU11140200, AU11140201, AU11140198,
AU11140378, AU11140381, AU11140380, AU11140382, AU11140383,
AU11140384, AU11140386, AU11140375, AU11140374, AU11140372,
AU11140373, AU11140376, AU11140377, AU11140379, AU11143577,
AU11143575

Published in July 2014 (11 photographs): AU11139686, AU1993672, AU1993676,
AU1993671, AU11139685, AU1993675, AU11139687, AU11139198, AU11139197,
AU11139194, AU11139193

Published in August 2014 (12 photographs): AU11139690, AU1993680,
AU1993677, AU1993674, AU1993669, AU1993670, AU1993683, AU11139688,
AU11139689, AU1993686, AU11139691, AU11139694

**Names:** [Akrans, Camilla](#)





**Save, Print and Email ([Help Page](#))**

Select Download Format [Full Record ▾]  [Format for Print/Save]

Enter your email address: [                    ]  [Email]

---

[Help](#)  [Search](#)  [History](#)  [Titles](#)  [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002221611
Search Results: Displaying 1 of 1 entries

previous    next



*Steven Pan 2015.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002221611 / 2020-10-05
**Application Title:** Steven Pan 2015
**Title:** Steven Pan 2015. [Group registration of published photographs. 210 photographs. 2015-01-02 to 2015-12-16]
**Description:** 210 photographs : Electronic file (eService)
**Copyright Claimant:** Steven Pan. Address: 569 Lafayette Ave, Brooklyn NY 11205, United States.
**Date of Creation:** 2015
**Publication Date Range:** 2015-01-02 to 2015-12-16
**Nation of First Publication:** United States
**Authorship on Application:** Steven Pan; Domicile: United States; Citizenship: United States. Authorship: photographs.
**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2015 (37 photographs): AU1993197, AU1993182, AU1993184, AU1993185, AU1993188, AU1993189, AU1993190, AU1993192,

AU1993193, AU1993259, AU1993267, AU1993273, AU1993278, AU1993227, AU1993218, AU1993221, AU1993232, AU1993239, AU1993244, AU1993247, AU1993249, AU1993333, AU1993326, AU1993327, AU1993328, AU1993329, AU1993330, AU1993331, AU1993332, AU1993334, AU1993377, AU1993380, AU1993379, AU1993378, AU1993376, AU1993375, AU1993374

Published in October 2015 (17 photographs): AU1993349, AU1153036, AU1153017, AU11153016, AU11153014, AU11153015, AU11153013, AU11153010, AU11153026, AU11153012, AU11153006, AU1152973, AU1993346, AU1993347, AU1993348, AU11153035

Published in December 2015 (30 photographs): AU2192922, AU2192924, AU2192925, AU2192935, AU2192938, AU2192939, AU2192942, AU2192916, AU2192919, AU2192921, AU1993393, AU1993396, AU1993397, AU1993389, AU1993391, AU1993390, AU11205575, AU11205573, AU11205574, AU11205566, AU11205582, AU11205579, AU11205576, AU11205572, AU1993395, AU1993388, AU1993392, AU1993394, AU11321099

Published in February 2015 (24 photographs): AU1993290, AU1993288, AU1993287, AU1993286, AU1993285, AU1993284, AU1993283, AU1993282, AU1993281, AU1993294, AU1993293, AU1993292, AU1993291, AU1993295, AU1993289, AU1993215, AU1993207, AU1993211, AU1993203, AU1993213, AU1993198, AU1993201, AU1993206, AU1993209

Published in March 2015 (10 photographs): AU1993166, AU11320186, AU1993156, AU1993157, AU1993153, AU1993169, AU1993167, AU1993158, AU1993160, AU1993164

Published in May 2015 (15 photographs): AU1993180, AU1993142, AU1993143, AU1993147, AU1993151, AU1993134, AU1993136, AU1993130, AU1993131, AU1993177, AU1993170, AU1993132, AU1993171, AU1993174, AU1993179

Published in June 2015 (24 photographs): AU1993368, AU1993371, AU1993370, AU1993369, AU1993367, AU1993365, AU1993364, AU1993363, AU1993362, AU1993361, AU1993359, AU1993360, AU1993358, AU1993357, AU1993355, AU1993356, AU1993354, AU1993353, AU1993350, AU11320476, AU11320483, AU1993351, AU1993366, AU1993352

Published in July 2015 (23 photographs): AU1993400, AU1993372, AU1993373, AU1993335, AU1993336, AU1993337, AU1993338, AU1993398, AU1993399, AU11320712, AU1993305, AU1993304, AU1993306, AU1993299, AU1993296, AU1993297, AU1993298, AU1993300, AU1993301, AU1993302, AU1993303, AU11320745, AU11320717

Published in September 2015 (30 photographs): AU1993322, AU1993324, AU1993325, AU1993307, AU1993308, AU1993309, AU1993310, AU1993311, AU1993312, AU1993313, AU1993314, AU1993315, AU1993316, AU1993317, AU1993318, AU1993319, AU1993320, AU1993321, AU1993323, AU1993056, AU1993053, AU1993052, AU11044501, AU1993060, AU11063401, AU11063400, AU11063402, AU11063403, AU11063405, AU11063399

**Names:** Pan, Steven



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| Select Download Format [Full Record ▾] | [Format for Print/Save] |
| Enter your email address: [_____] | [Email] |

WebVoyage Record View 1

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
### United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002227888
Search Results: Displaying 1 of 1 entries

◀ previous　　next ▶

Labeled View

*Brian Bowen Smith 2012.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002227888 / 2020-10-08 |
| **Application Title:** | Brian Bowen Smith 2012 |
| **Title:** | Brian Bowen Smith 2012. [Group registration of published photographs. 236 photographs. 2012-01-01 to 2012-11-28] |
| **Description:** | 236 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Brian Bowen Smith. Address: 5910 Fairview pl, Agoura Hills, CA 91301, United States. |
| **Date of Creation:** | 2012 |
| **Publication Date Range:** | 2012-01-01 to 2012-11-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Brian Bowen Smith; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2012 (82 photographs): AU1196326, AU1196322, AU1196327, AU1196324, AU1196328, AU1196325, AU1217834, AU1217828, AU1217836, AU1217830, AU1217835, AU1209194, AU1209201, AU1209197, AU1209193, AU1209196, AU1209195, AU1217827, AU1217826, AU1217829, AU1214609, AU1214608, AU1214607, AU1214605, AU1214606, AU1227441, AU1209453, AU1209454, AU1209455, AU1217833, AU1217824, AU1217832, |

AU1217831, AU1217825, AU1222726, AU1222727, AU1222725, AU1191047, AU1191015, AU1191043, AU1191042, AU1191045, AU1191044, AU1209423, AU1209418, AU1209421, AU1209417, AU1209419, AU1209420, AU1209422, AU1200246, AU1214613, AU1214612, AU1214615, AU1258459, AU1258458, AU1258461, AU1258460, AU1258456, AU1258457, AU1258455, AU1258462, AU1209425, AU1209434, AU1209424, AU1209430, AU1209432, AU1209433, AU1209428, AU1209420, AU1209427, AU1209429, AU1247874, AU1214617, AU1214620, AU1214621, AU1214618, AU1214619, AU1226890, AU1226892, AU1226889, AU1226891

Published in November 2012 (15 photographs): AU1290619, AU1292828, AU1292830, AU127, AU1289271, AU1289272, AU1289273, AU1290618, AU1290676, AU1290679, AU1290681, AU1290678, AU1290677, AU1290680, AU1291071

Published in February 2012 (16 photographs): AU1248136, AU1225964, AU1225965, AU1225970, AU1225969, AU1225966, AU1225968, AU1225967, AU1230299, AU1230296, AU1230298, AU1230297, AU1227440, AU1227443, AU1227439, AU1227442

Published in March 2012 (38 photographs): AU1247886, AU1214611, AU1242142, AU1242141, AU1247877, AU1247876, AU1247885, AU1247879, AU1247883, AU1247875, AU1247878, AU1247881, AU1247882, AU1247884, AU1247880, AU1236131, AU1236129, AU1236128, AU1236124, AU1236130, AU1236125, AU1236132, AU1236127, AU1236126, AU1234246, AU1234250, AU1234247, AU1234248, AU1234251, AU1234252, AU1245320, AU1245322, AU1245323, AU1245321, AU1245319, AU1245324, AU1245325, AU1245326

Published in April 2012 (14 photographs): AU1244738, AU1244739, AU1244740, AU1244733, AU1244731, AU1244734, AU1244732, AU1244737, AU1244741, AU1244735, AU1244730, AU183937, AU1231153, AU1231154

Published in May 2012 (12 photographs): AU1247220, AU1247215, AU1247212, AU1247222, AU1247217, AU1247216, AU1247211, AU1247214, AU1247218, AU1247213, AU1247219, AU1247221

Published in June 2012 (14 photographs): AU1258451, AU1258450, AU1258448, AU1258447, AU1258449, AU1258453, AU1258446, AU1234252, AU1254708, AU1254709, AU1254712, AU1254711, AU1254710

Published in July 2012 (4 photographs): AU1256672, AU1256673, AU1242144, AU1242143

Published in August 2012 (4 photographs): AU1142024, AU1142023, AU1142022, AU1258454

Published in September 2012 (37 photographs): AU1267556, AU1267555, AU1267557, AU1267552, AU1267554, AU1267553, AU1136154, AU1272137, AU1272138, AU1272136, AU1272135, AU1272134, AU1272133, AU1260420, AU1272132, AU1275795, AU1275780, AU1275781, AU1275782, AU1275783, AU1275785, AU1275786, AU1275787, AU1275788, AU1275789, AU1275790, AU1275791, AU1275792, AU1275793, AU1275794, AU1275796, AU1275784, AU1291863, AU1291861, AU1291859, AU1291862, AU1291860

**Names:** Bowen Smith, Brian



previous    next

**Save, Print and Email (Help Page)**

Select Download Format  Full Record    Format for Print/Save

Enter your email address:                    Email

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002229843
Search Results: Displaying 1 of 1 entries

◄ **previous**    **next** ►

---



*Andrew Eccles 2003.*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002229843 / 2020-10-07

**Application Title:** Andrew Eccles 2003

**Title:** Andrew Eccles 2003. [Group registration of published photographs. 121 photographs. 2003-01-04 to 2003-12-15]

**Description:** 121 photographs : Electronic file (eService)

**Copyright Claimant:** Andrew Eccles. Address: 4227 McLaughlin Ave PH 1, Los Angeles, CA 90066, United States.

**Date of Creation:** 2003

**Publication Date Range:** 2003-01-04 to 2003-12-15

**Nation of First Publication:** United States

**Authorship on Application:** Andrew Eccles; Domicile: United States; Citizenship: United States. Authorship: photographs.

**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2003 (13 photographs): AU1261696, AU1261699,

AU1261695, AU1261694, AU1261693, AU1261705, AU1261706, AU1261704, AU1261702, AU1261697, AU1261703, AU1261700, AU1261701

Published in November 2003 (30 photographs): AU1255926, AU1255923, AU1255924, AU1255919, AU1255918, AU1255940, AU1255937, AU1255933, AU1255932, AU1255930, AU1255929, AU1261410, AU1261405, AU1261406, AU1261407, AU1261408, AU1261409, AU1261411, AU1261412, AU1261413, AU1270258, AU1270259, AU1270260, AU1270261, AU1270262, AU1270263, AU1270347, AU1270348, AU1270349, AU1270350

Published in December 2003 (17 photographs): AU1261404, AU1261403, AU1261401, AU1261402, AU1261397, AU1261400, AU1261395, AU1261394, AU1268256, AU1268252, AU1268253, AU1268254, AU1268255, AU1268251, AU1268257, AU1261391, AU1268258

Published in March 2003 (4 photographs): AU1261389, AU1261390, AU1240838, AU1240837

Published in May 2003 (6 photographs): AU1261384, AU1261386, AU1246922, AU1246926, AU1246924, AU1246923

Published in June 2003 (18 photographs): AU1268174, AU1268173, AU1268172, AU1268171, AU1268170, AU1268169, AU1268168, AU1268167, AU1268166, AU1268165, AU1268164, AU1268180, AU1268179, AU1268181, AU1268178, AU1268177, AU1268176, AU1268175

Published in August 2003 (33 photographs): AU1242022, AU1242054, AU1242053, AU1242052, AU1242051, AU1242050, AU1242049, AU1242048, AU1242047, AU1242046, AU1242045, AU1242044, AU1242043, AU1242042, AU1242041, AU1242040, AU1242039, AU1242038, AU1242037, AU1242036, AU1242035, AU1242034, AU1242033, AU1242032, AU1242031, AU1242030, AU1242029, AU1242028, AU1242027, AU1242026, AU1242025, AU1242024, AU1242023

**Names:** [Eccles, Andrew](#)



| **Save, Print and Email ([Help Page](#))** |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002235006
Search Results: Displaying 1 of 1 entries

◄ previous     next ►



*Brooke Nipar 2012.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002235006 / 2021-01-29 |
| **Application Title:** | Brooke Nipar 2012 |
| **Title:** | Brooke Nipar 2012. [Group registration of published photographs. 131 photographs. 2012-02-08 to 2012-12-23] |
| **Description:** | 131 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Brooke Nipar. Address: 3211 W. 30th St., Los Angeles, CA 90018, United States. |
| **Date of Creation:** | 2012 |
| **Publication Date Range:** | 2012-02-08 to 2012-12-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Brooke Nipar; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2012 (26 photographs): AU1672778, AU1672768, AU1672769, AU1672770, AU1672771, AU1672773, AU1672774, AU1672775, AU1672777, AU1672776, AU1672779, AU1672740, AU1672741, AU1672742, AU1672743, AU1672744, AU1672745, AU1672746, AU1672747, AU1672748, AU1672749, AU1672750, AU1672751, AU1672763, AU1672765, AU1672766 |
| | Published in December 2012 (10 photographs): AU1672918, AU1672917, AU1672916, AU1672915, AU1672919, AU1672920, AU1672921, AU1672922, |

AU1672939, AU1672940

Published in February 2012 (64 photographs): AU1672532, AU1672533, AU1672528, AU1672529, AU1672534, AU1672530, AU1672544, AU1672545, AU1672535, AU1672537, AU1672538, AU1672539, AU1672540, AU1672541, AU1672542, AU1672543, AU1672546, AU1672518, AU1672519, AU1672520, AU1672521, AU1672522, AU1672523, AU1672524, AU1672525, AU1672526, AU1672531, AU1672527, AU1672602, AU1672574, AU1672575, AU1672576, AU1672577, AU1672578, AU1672579, AU1672580, AU1672581, AU1672607, AU1672582, AU1672589, AU1672599, AU1672600, AU1672598, AU1672597, AU1672596, AU1672594, AU1672593, AU1672592, AU1672591, AU1672590, AU1672552, AU1672553, AU1672554, AU1672555, AU1672556, AU1672557, AU1672558, AU1672559, AU1672560, AU1672601, AU1672603, AU1672604, AU1672605, AU1672606

Published in May 2012 (20 photographs): AU1672615, AU1672951, AU1672642, AU1672643, AU1672641, AU1672623, AU1672622, AU1672621, AU1672620, AU1672619, AU1672618, AU1672617, AU1672616, AU1672624, AU1672649, AU1672644, AU1672645, AU1672646, AU1672647, AU1672648

Published in August 2012 (11 photographs): AU1672731, AU1672728, AU1672729, AU1672730, AU1672733, AU1672735, AU1672739, AU1672738, AU1672737, AU1672736, AU1672734

**Names:** [Nipar, Brooke](#)





**Save, Print and Email (Help Page)**

| | |
|---|---|
| Select Download Format | Full Record ▾    Format for Print/Save |
| Enter your email address: |          Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002240190
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Gavin Bond 2015 part 1.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002240190 / 2021-01-23 |
| **Application Title:** | Gavin Bond 2015 part 1 |
| **Title:** | Gavin Bond 2015 part 1. [Group registration of published photographs. 55 photographs. 2015-03-23 to 2015-09-07] |
| **Description:** | 55 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Gavin Bond. Address: 254 Nth 6th St Apt C, Brooklyn, NY 11211, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-03-23 to 2015-09-07 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | Gavin Bond; Domicile: United States; Citizenship: United Kingdom. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, New York NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2015 (15 photographs): AU1868391, AU1868392, AU1868393, AU1869656, AU1870028, AU1870031, AU1870033, AU1870034, AU1870026, |

AU1870027, AU1870029, AU1870030, AU1870032, AU1870035, AU1870036

Published in April 2015 (7 photographs): AU1870272, AU1870276, AU1870274, AU1870275, AU1870270, AU1870271, AU1870273

Published in May 2015 (11 photographs): AU1870284, AU1870285, AU1896290, AU1868358, AU1868359, AU1868354, AU1868355, AU1868360, AU1868361, AU1868356, AU1868357

Published in July 2015 (13 photographs): AU1797038, AU1797029, AU1797027, AU1797026, AU1797028, AU1797031, AU1797030, AU1797032, AU1797033, AU1797034, AU1797035, AU1797036, AU1797037

Published in August 2015 (2 photographs): AU1869657, AU1869658

Published in September 2015 (7 photographs): AU1870281, AU1870283, AU1870277, AU1870278, AU1870279, AU1870280, AU1870282

**Names:** Bond, Gavin



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002241912
Search Results: Displaying 1 of 1 entries



*Greg Williams 2011.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002241912 / 2021-02-19 |
| **Application Title:** | Greg Williams 2011 |
| **Title:** | Greg Williams 2011. [Group registration of published photographs. 247 photographs. 2011-02-14 to 2011-11-25] |
| **Description:** | 247 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Greg Williams. Address: 34 North Row, New York NY 10013, United Kingdom. |
| **Date of Creation:** | 2011 |
| **Publication Date Range:** | 2011-02-14 to 2011-11-25 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | Greg Williams; Domicile: United Kingdom; Citizenship: United Kingdom. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST (AUGUST Image, LLC), 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, info@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in November 2011 (7 photographs): AU1220131, AU1220130, AU1220129, AU1220128, AU1220127, AU1220126, AU1220132 |

Published in February 2011 (172 photographs): AU1136291, AU1136199, AU1136295, AU1136212, AU1136250, AU1136226, AU1136272, AU1136242, AU1136248, AU1136218, AU1136268, AU1136205, AU1136300, AU1136196, AU1136286, AU1136236, AU1136254, AU1136241, AU1136293, AU1136210, AU1136259, AU1136206, AU1136277, AU1136245, AU1136247, AU1136202, AU1136263, AU1136203, AU1136290, AU1136238, AU1136275, AU1136192, AU1136273, AU1136288, AU1136232, AU1136282, AU1136217, AU1136279, AU1136194, AU1136267, AU1136239, AU1136281, AU1136246, AU1136292, AU1136209, AU1136298, AU1136235, AU1136211, AU1136274, AU1136214, AU1136256, AU1136219, AU1136269, AU1136229, AU1136302, AU1136240, AU1136264, AU1136237, AU1136297, AU1136207, AU1136285, AU1136197, AU1136266, AU1136191, AU1136294, AU1136195, AU1136251, AU1136227, AU1136253, AU1136231, AU1136325, AU1136314, AU1136323, AU1136307, AU1136334, AU1136316, AU1136335, AU1136308, AU1136330, AU1136319, AU1136329, AU1136326, AU1136318, AU1136305, AU1136320, AU1136313, AU1136322, AU1136315, AU1136327, AU1136311, AU1136332, AU1136317, AU1136333, AU1136306, AU1136331, AU1136309, AU1136328, AU1136304, AU1136321, AU1136324, AU1136310, AU1136262, AU1136201, AU1136270, AU1136200, AU1136296, AU1136204, AU1136278, AU1136215, AU1136299, AU1136230, AU1136213, AU1136289, AU1136193, AU1136280, AU1136190, AU1136261, AU1136221, AU1136257, AU1136198, AU1136252, AU1136224, AU1136301, AU1136208, AU1136283, AU1136228, AU1136260, AU1136258, AU1136220, AU1136216, AU1136284, AU1136222, AU1136255, AU1136233, AU1136271, AU1136243, AU1136265, AU1136244, AU1136287, AU1136223, AU1136303, AU1136225, AU1136249, AU1136234, AU1136276, AU1182322, AU1182330, AU1182334, AU1182321, AU1182318, AU1182341, AU1182326, AU1182339, AU1182344, AU1182331, AU1182340, AU1182324, AU1182343, AU1182337, AU1182328, AU1182329, AU1182338, AU1182319, AU1182327, AU1182320, AU1182332, AU1182323, AU1182325, AU1182336, AU1182342, AU1182333

Published in February 2011 (1 photographs): AU1182335

Published in May 2011 (40 photographs): AU1292235, AU1292236, AU1292237, AU1292238, AU1292239, AU1292240, AU1292241, AU1292242, AU1292243, AU1292244, AU1292245, AU1292246, AU1292248, AU1292247, AU1292249, AU1292250, AU1292251, AU1292252, AU1292253, AU1292265, AU1292264, AU1292263, AU1292262, AU1292258, AU1292254, AU1292255, AU1292256, AU1292257, AU1292268, AU1292259, AU1292260, AU1292261, AU1292267, AU1292266, AU1292273, AU1292272, AU1292271, AU1292270, AU1292269, AU1292234

Published in September 2011 (27 photographs): AU1174694, AU1174706, AU1174705, AU1174704, AU1174703, AU1174702, AU1174701, AU1174700, AU1174699, AU1174697, AU1174696, AU1174695, AU1174709, AU1174693, AU1174692, AU1174691, AU1174690, AU1174689, AU1174687, AU1174688, AU11405536, AU1174698, AU1189242, AU1189240, AU1189239, AU1189243, AU1189241

**Names:** Williams, Greg



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: |   Email |

Web Voyage Record View 1

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002243613
Search Results: Displaying 1 of 1 entries



<div align="center">

**Labeled View**

*Miller Mobley 2015.*

</div>

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002243613 / 2021-03-03 |
| **Application Title:** | Miller Mobley 2015 |
| **Title:** | Miller Mobley 2015. [Group registration of published photographs. 309 photographs. 2015-01-15 to 2015-12-15] |
| **Description:** | 309 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Miller Mobley. Address: 100 Azalea Rd., Birmingham, AL 35213, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-01-15 to 2015-12-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Miller Mobley; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, 2nd Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2015 (25 photographs): AU1853227, AU1853228, AU1853229, AU1853226, AU1853230, AU1853231, AU1853232, AU1853503, AU1853504, AU1853505, AU1853506, AU1853507, AU1853508, AU1853509, AU1853510, AU1853511, AU1853512, AU1853513, AU1853514, AU1850328, AU1850329, AU1850330, AU1850331, AU1850333, AU1850334 |
| | Published in October 2015 (32 photographs): AU1839855, AU1839856, AU1848143, AU1848142, AU1848141, AU1853491, AU1853492, AU1853493, |

AU1853494, AU1853593, AU1853752, AU1853753, AU1851329, AU1852686,
AU1852687, AU1852688, AU1852689, AU1852690, AU1852691, AU1852692,
AU1852693, AU1852694, AU1852910, AU1852911, AU1852909, AU1852560,
AU1852561, AU1852562, AU1852563, AU1852564, AU1852565, AU1852566

Published in November 2015 (46 photographs): AU1835467, AU1835468,
AU1835469, AU1835500, AU1835499, AU1835501, AU1835502, AU1835503,
AU1835504, AU1835505, AU1835506, AU1835508, AU1835507, AU1835511,
AU1835512, AU1835513, AU1835514, AU1835515, AU1835516, AU1837735,
AU1837734, AU1837736, AU1839415, AU1839416, AU1856841, AU1856842,
AU1860634, AU1860635, AU11106914, AU11106915, AU1813035, AU1813036,
AU1813037, AU1813038, AU1813039, AU11159234, AU11159235, AU1837365,
AU1837366, AU1839413, AU1839412, AU1839414, AU1856839, AU1856840,
AU1835509, AU1835510

Published in December 2015 (22 photographs): AU1812830, AU1812832,
AU1812833, AU1812834, AU1812835, AU1812836, AU1812837, AU1812831,
AU1813086, AU1813087, AU1813088, AU1813089, AU1813090, AU1813091,
AU1813092, AU1838567, AU1812885, AU1812886, AU1812887, AU1813083,
AU1813084, AU1813085

Published in February 2015 (23 photographs): AU1849994, AU1849995,
AU1849996, AU1849997, AU1849998, AU1850000, AU1849999, AU1850001,
AU1850002, AU1860571, AU1860572, AU1860573, AU1860574, AU1860575,
AU1860576, AU1912061, AU1912067, AU1912069, AU1951005, AU1852914,
AU1852842, AU1852912, AU1852913

Published in March 2015 (44 photographs): AU1840015, AU1840014, AU1840016,
AU1840018, AU1840017, AU1853221, AU1853222, AU1987883, AU1987884,
AU1840013, AU1852882, AU1852883, AU1852884, AU1852885, AU1852888,
AU1852886, AU1852887, AU1852889, AU1852890, AU1852891, AU1852892,
AU1852893, AU1852894, AU1852895, AU1852896, AU1852897, AU1852898,
AU1852899, AU1852900, AU1852901, AU1852569, AU1852570, AU1852571,
AU1852572, AU1838999, AU1839000, AU1839002, AU1839001, AU1839003,
AU1839004, AU1839005, AU1839006, AU1839007, AU1839008

Published in April 2015 (25 photographs): AU1851914, AU1851915, AU1851916,
AU1851917, AU1851918, AU1851919, AU1851920, AU1851921, AU1851922,
AU1851923, AU1851924, AU1851925, AU1851926, AU1851927, AU1851928,
AU1851929, AU1853212, AU1853213, AU1853515, AU1853516, AU1848366,
AU1848367, AU1848368, AU1848369, AU1848370

Published in May 2015 (14 photographs): AU1852915, AU1852917, AU1852916,
AU1853517, AU1853518, AU1860719, AU1860720, AU1860721, AU1860723,
AU1860722, AU1860725, AU1860724, AU1860726, AU1860727

Published in June 2015 (6 photographs): AU1860624, AU1860625, AU1860627,
AU1860626, AU1860628, AU1860629

Published in July 2015 (20 photographs): AU1836819, AU1836820, AU1836821,
AU1836822, AU1836823, AU1836824, AU1836825, AU1836826, AU1836827,
AU1836828, AU1860630, AU1860631, AU1860633, AU1860632, AU1852696,
AU1852697, AU1852698, AU1852695, AU1852699, AU1852700

Published in August 2015 (27 photographs): AU1837105, AU1837106, AU1837107,
AU1837108, AU1837247, AU1837248, AU1837249, AU1837250, AU1837251,
AU1837252, AU1837253, AU1837254, AU1837255, AU1860644, AU1848144,
AU1848145, AU1848146, AU1848147, AU1848148, AU1848149, AU1852863,
AU1852862, AU1852864, AU1852865, AU1852866, AU1852867, AU1852868

Published in September 2015 (25 photographs): AU1836738, AU1836739,
AU1836740, AU1836741, AU1836742, AU1836743, AU1836744, AU1853164,
AU1853165, AU1853166, AU1853167, AU1853219, AU1853220, AU1860636,



AU1860637, AU1860638, AU1860639, AU1860640, AU1860641, AU1860642, AU1860643, AU1852905, AU1852908, AU1852906, AU1852907

**Names:** Mobley, Miller

◀ previous     next ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Web Voyage Record View 1

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002249793
Search Results: Displaying 1 of 1 entries



Labeled View

***Don Flood 2011.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002249793 / 2021-04-27 |
| **Application Title:** | Don Flood 2011 |
| **Title:** | Don Flood 2011. [Group registration of published photographs. 93 photographs. 2011-01-22 to 2011-12-24] |
| **Description:** | 93 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Don Flood. Address: 7 Cody Court, Rancho Mirage, CA 92270, United States. |
| **Date of Creation:** | 2011 |
| **Publication Date Range:** | 2011-01-22 to 2011-12-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Don Flood; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2011 (20 photographs): AU1362211, AU1362214, AU1362215, AU1362198, AU1362216, AU1174527, AU1174526, AU1174525, AU1174523, AU1174524, AU1291533, AU1291537, AU1291538, AU1291536, AU1291540, AU1291539, AU1291535, AU1291532, AU1291531 |
|  | Published in October 2011 (7 photographs): AU1784918, AU1784927, AU1784941, AU1784940, AU1784938, AU1784939, AU1225432 |

WebVoyage Record View 1

Published in December 2011 (8 photographs): AU1349919, AU1349918, AU1349917, AU1225540, AU1225538, AU1225539, AU1225536, AU1225537

Published in February 2011 (8 photographs): AU1354381, AU1354383, AU1354382, AU1354378, AU1354380, AU1354377, AU1354379, AU1349885

Published in March 2011 (3 photographs): AU1341888, AU1308673, AU1308674

Published in April 2011 (17 photographs): AU1452987, AU1452988, AU1452990, AU1452989, AU1452991, AU1452994, AU1159680, AU1159682, AU1159683, AU1159679, AU1159681, AU1350423, AU1361140, AU1350287, AU1350288, AU1353703, AU1353706

Published in May 2011 (3 photographs): AU1382163, AU1382161, AU1382162

Published in June 2011 (21 photographs): AU1249242, AU1249240, AU1249233, AU1249238, AU1249236, AU1249232, AU1249231, AU1249239, AU1249230, AU1249241, AU1249237, AU1249235, AU1249234, AU1352746, AU1352747, AU1352745, AU1352749, AU1352750, AU1352751, AU1352752, AU1159710

Published in July 2011 (4 photographs): AU1225362, AU1225364, AU1225363, AU1225361

Published in September 2011 (2 photographs): AU131702, AU131701

**Names:** [Flood, Don](#)



previous    next

| **Save, Print and Email ([Help Page](#))** | | |
| --- | --- | --- |
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

[Help](#)    [Search](#)    [History](#)    [Titles](#)    [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002252785
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Tesh Patel 2012.*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002252785 / 2021-05-03

**Application Title:** Tesh Patel 2012

**Title:** Tesh Patel 2012. [Group registration of published photographs. 104 photographs. 2012-01-02 to 2012-12-21]

**Description:** 104 photographs : Electronic file (eService)

**Copyright Claimant:** Tesh Patel. Address: 274 Degraw St., Brooklyn, NY 11231, United States.

**Date of Creation:** 2012

**Publication Date Range:** 2012-01-02 to 2012-12-21

**Nation of First Publication:** United States

**Authorship on Application:** Tesh Patel; Domicile: United States; Citizenship: United States. Authorship: photographs.

**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2012 (13 photographs): AU11054132, AU11054137, AU11054136, AU11054133, AU11054134, AU11055840, AU11055841,

AU11055842, AU11055843, AU11055844, AU11055845, AU11055846, AU11055847

Published in November 2012 (11 photographs): AU11056148, AU11056138, AU11056139, AU11056140, AU11056141, AU11056142, AU11056143, AU11056144, AU11056145, AU11056146, AU11056147

Published in December 2012 (6 photographs): AU11055875, AU11055865, AU11055866, AU11055869, AU11055878, AU11055876

Published in March 2012 (5 photographs): AU11054119, AU11054120, AU11047507, AU11054118

Published in May 2012 (9 photographs): AU11053962, AU11053963, AU11053964, AU11053959, AU11053965, AU11053957, AU11053960, AU11053958, AU11053961

Published in June 2012 (19 photographs): AU11054138, AU11054144, AU11054143, AU11054142, AU11054141, AU11054140, AU11054139, AU11055998, AU11055987, AU11055988, AU11055989, AU11055990, AU11055991, AU11055992, AU11055993, AU11055994, AU11055995, AU11055996, AU11055997

Published in July 2012 (11 photographs): AU11053920, AU11053913, AU11053914, AU11053915, AU11053916, AU11053917, AU11053918, AU11053919, AU11053921, AU11053923, AU11053922

Published in August 2012 (30 photographs): AU11056113, AU11056114, AU11056115, AU11056116, AU11056117, AU11056118, AU11056119, AU11056120, AU11056121, AU11056122, AU11056123, AU11056149, AU11056124, AU11056112, AU11055981, AU11055986, AU11055985, AU11055984, AU11055983, AU11055982, AU11055980, AU11056015, AU11056021, AU11056020, AU11056019, AU11056018, AU11056017, AU11056016, AU11056014, AU11056013

**Names:** [Patel, Tesh](#)



| Save, Print and Email ([Help Page](#)) | | |
| --- | --- | --- |
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | [                    ] | Email |

[Help](#)　[Search](#)　[History](#)　[Titles](#)　[Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) |
[Copyright Office Home Page](#) | [Library of Congress Home Page](#)



**United States Copyright Office**

The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002260233
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶

Labeled View

*Don Flood 2010.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002260233 / 2021-07-09
**Application Title:** Don Flood 2010
**Title:** Don Flood 2010. [Group registration of published photographs. 289 photographs. 2010-01-15 to 2010-12-21]
**Description:** 289 photographs : Electronic file (eService)
**Copyright Claimant:** Don Flood. Address: 7 Cody Court, Rancho Mirage, CA 92270, United States.
**Date of Creation:** 2010
**Publication Date Range:** 2010-01-15 to 2010-12-21
**Nation of First Publication:** United States
**Authorship on Application:** Don Flood; Domicile: United States; Citizenship: United States. Authorship: photographs.
**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in January 2010 (24 photographs): AU1382009, AU1382010, AU1382011, AU1382012, AU1382013, AU1382015, AU1382014, AU1137240,

AU1137241, AU1137242, AU1137243, AU1137244, AU1137245, AU1137246, AU1137247, AU1137248, AU1137249, AU1137349, AU1137350, AU1137351, AU1137352, AU1137353, AU1137354, AU1137355

Published in October 2010 (35 photographs): AU1337382, AU1337372, AU1337373, AU1337374, AU1337375, AU1337376, AU1337377, AU1337378, AU1337379, AU1337380, AU1337381, AU1337383, AU1337384, AU1337385, AU1337367, AU1337370, AU1337371, AU1337369, AU1337368, AU1369646, AU1369645, AU1350471, AU1350472, AU1350473, AU1350474, AU1350475, AU1350476, AU1350477, AU1350478, AU1350470, AU1350483, AU1350479, AU1350480, AU1350481, AU1350482

Published in November 2010 (21 photographs): AU1319042, AU1319043, AU1319044, AU1319045, AU1319046, AU1319047, AU1319048, AU1319049, AU1319050, AU1319051, AU198834, AU198832, AU198833, AU1354629, AU1354630, AU1354631, AU1354632, AU1354627, AU1354628, AU1354625, AU1354626

Published in December 2010 (16 photographs): AU1291534, AU1159688, AU1159709, AU1159690, AU1159691, AU1159708, AU1159692, AU1159693, AU1159694, AU1159702, AU1159701, AU1159704, AU1159705, AU1159706, AU1159703, AU1159707

Published in February 2010 (18 photographs): AU1227729, AU1227730, AU1227731, AU1227725, AU1227726, AU1227728, AU1227727, AU1408898, AU1408899, AU1408900, AU2192630, AU2192631, AU2192632, AU2192633, AU2192634, AU2192635, AU2192637, AU2192636

Published in March 2010 (13 photographs): AU1403841, AU1403840, AU1403842, AU1403843, AU1403844, AU198839, AU198840, AU198841, AU198842, AU198844, AU198843, AU1360275, AU1360276

Published in April 2010 (23 photographs): AU1297190, AU1297189, AU1297192, AU1297195, AU1297194, AU1297199, AU1297196, AU1297197, AU1297198, AU198845, AU198846, AU198847, AU198848, AU198849, AU198850, AU198851, AU1369560, AU1369561, AU1297191, AU1297193, AU1354586, AU1354587, AU1354588

Published in May 2010 (7 photographs): AU198821, AU198822, AU198823, AU198824, AU198825, AU1382208, AU1382209

Published in June 2010 (14 photographs): AU1312729, AU1312731, AU1312732, AU1312733, AU1312730, AU1354388, AU1354384, AU1354385, AU1354386, AU1354387, AU1354389, AU1354390, AU1354391, AU1354392

Published in July 2010 (55 photographs): AU1230904, AU1227815, AU1227819, AU1227816, AU1227820, AU1227818, AU1227817, AU1227972, AU1227971, AU1227970, AU1227969, AU1230994, AU1230993, AU1230992, AU1230997, AU1230998, AU1230999, AU1231000, AU1231001, AU1230995, AU1230996, AU1337363, AU1337364, AU1337365, AU1337366, AU1338259, AU1338290, AU1228031, AU1228032, AU1228033, AU1228034, AU1228035, AU1228036, AU1228037, AU1228038, AU1228039, AU1228040, AU1228041, AU1228042, AU1228043, AU1228044, AU1228045, AU1228046, AU1228047, AU1228048, AU1228049, AU1228050, AU1228051, AU1228052, AU1228053, AU1228054, AU1228055, AU1228056, AU1228057, AU1228058

Published in August 2010 (27 photographs): AU1174430, AU1174431, AU1174432, AU1174433, AU1174434, AU1174644, AU1174645, AU1174646, AU1174647, AU1174648, AU1349879, AU1349880, AU1349881, AU1349882, AU1349883, AU1349884, AU1349886, AU1349887, AU1369433, AU1369434, AU1369435, AU1369436, AU1369440, AU1369438, AU1369439, AU1369437, AU1369441

Published in September 2010 (36 photographs): AU1292832, AU1292831, AU1361174, AU1361175, AU1362125, AU1362123, AU1362124, AU1362121, AU1362120, AU1362122, AU1362022, AU1362019, AU1362020, AU1362021,



AU1362023, AU1362024, AU1362025, AU1362026, AU1362027, AU1362028, AU1362029, AU1362030, AU1362031, AU1362032, AU1362036, AU1359994, AU1359993, AU1359987, AU1359991, AU1359986, AU1359989, AU1359990, AU1359992, AU1359977, AU1359978, AU1359980

**Names:**  Flood, Don

◀ previous    next ▶

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Copyright Record view1



United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002268437
Search Results: Displaying 1 of 1 entries

◀ previous      next ▶

Labeled View

*Brian Bowen Smith 2007.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002268437 / 2021-09-21
**Application Title:** Brian Bowen Smith 2007
**Title:** Brian Bowen Smith 2007. [Group registration of published photographs. 647 photographs. 2007-01-16 to 2007-12-24]
**Description:** 647 photographs : Electronic file (eService)
**Copyright Claimant:** Brian Bowen Smith. Address: 5910 Fairview Pl, Agoura Hills, CA 91301, United States.
**Date of Creation:** 2007
**Publication Date Range:** 2007-01-16 to 2007-12-24
**Nation of First Publication:** Canada
**Authorship on Application:** Brian Bowen Smith; Domicile: United States; Citizenship: United States. Authorship: photographs.
**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY, 10003, United States, (212) 777-0088, bill@augustimage.com
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2007 (21 photographs): AU1126536, AU1126537, AU1126538, AU1126535, AU1119045, AU1119047, AU1119049, AU1119046, AU1119031, AU1119032, AU1119033, AU1119034, AU1119035, AU1119037, AU1119038, AU1119039, AU1119040, AU1119041, AU1119042, AU1119043, AU1119044

Published in October 2007 (107 photographs): AU114708, AU115020, AU115016,

AU115019, AU115018, AU115017, AU115022, AU115021, AU114497, AU114498, AU114496, AU114499, AU114715, AU115015, AU115629, AU115627, AU115626, AU115625, AU115621, AU115620, AU115619, AU115618, AU115634, AU115630, AU115628, AU117649, AU115647, AU115649, AU115650, AU115651, AU115652, AU115653, AU115654, AU115655, AU115656, AU115657, AU115682, AU115683, AU115684, AU115685, AU115686, AU115687, AU115688, AU115689, AU115690, AU115691, AU115692, AU115693, AU115697, AU115698, AU115699, AU115700, AU115701, AU115702, AU115703, AU115707, AU115705, AU115706, AU115708, AU115709, AU115710, AU115711, AU115712, AU115713, AU115714, AU115716, AU115717, AU115719, AU115720, AU115721, AU115722, AU115723, AU115724, AU115725, AU115726, AU115852, AU115854, AU115855, AU115856, AU115857, AU115859, AU115860, AU115861, AU115862, AU115864, AU115865, AU115866, AU115867, AU115868, AU115869, AU115875, AU115876, AU115880, AU115881, AU115883, AU117641, AU117642, AU117645, AU117646, AU117647, AU117648, AU117650, AU117941, AU117938, AU117940, AU117939, AU117942

Published in November 2007 (73 photographs): AU115681, AU112829, AU117856, AU117839, AU117840, AU117841, AU117842, AU117843, AU117853, AU117854, AU117864, AU117866, AU117867, AU117868, AU117869, AU117870, AU117871, AU117872, AU117873, AU117874, AU117881, AU117883, AU117884, AU117885, AU117820, AU117819, AU117821, AU117822, AU117823, AU117824, AU117825, AU117828, AU117830, AU117831, AU117829, AU117832, AU117834, AU117835, AU117836, AU117837, AU117838, AU117833, AU117946, AU117947, AU117948, AU117949, AU117951, AU117950, AU117945, AU117860, AU117859, AU117857, AU117858, AU117937, AU115870, AU117882, AU118161, AU118158, AU118159, AU118160, AU118162, AU117966, AU117982, AU118157, AU117981, AU117971, AU117972, AU117974, AU117967, AU117968, AU117969, AU117970

Published in December 2007 (58 photographs): AU193187, AU118044, AU118046, AU118047, AU118049, AU118050, AU118051, AU118052, AU118048, AU118003, AU118004, AU118005, AU118006, AU118008, AU118007, AU118009, AU118010, AU118011, AU118012, AU118013, AU118018, AU118019, AU118020, AU118022, AU118021, AU118023, AU118024, AU118025, AU118026, AU118030, AU118029, AU118031, AU118032, AU118038, AU118039, AU118040, AU118041, AU118042, AU117998, AU118487, AU118492, AU118494, AU118485, AU118493, AU118488, AU118486, AU118490, AU118489, AU118491, AU119577, AU119576, AU117886, AU115873, AU115874, AU115885, AU115871, AU115886, AU115872

Published in February 2007 (31 photographs): AU117979, AU117976, AU159287, AU119564, AU119562, AU119561, AU119560, AU119559, AU119558, AU119557, AU119030, AU119029, AU1119028, AU1119027, AU1119026, AU1119025, AU1119024, AU1119023, AU1119022, AU119575, AU119574, AU119573, AU119572, AU119571, AU119570, AU119569, AU119568, AU119567, AU119566, AU119565, AU119563

Published in March 2007 (76 photographs): AU111390, AU111391, AU122651, AU122650, AU122659, AU122658, AU122657, AU122656, AU122655, AU122654, AU122653, AU122665, AU122666, AU122664, AU122663, AU122662, AU122661, AU122660, AU121395, AU122652, AU121391, AU121393, AU121394, AU121390, AU121392, AU121384, AU121389, AU121388, AU121387, AU121383, AU121382, AU111488, AU111487, AU111486, AU111485, AU111484, AU111501, AU111500, AU111499, AU111498, AU111497, AU111496, AU111495, AU111494, AU111493, AU111492, AU111491, AU111490, AU111489, AU111515, AU111514, AU111513, AU111512, AU111511, AU111510, AU111509, AU111508, AU111507, AU111506, AU111505, AU111504, AU111503, AU111502, AU111393, AU111403, AU111392, AU111404, AU111401, AU111400, AU111402, AU111399, AU111398, AU111397, AU111394, AU111396, AU111395

Published in April 2007 (71 photographs): AU115631, AU111443, AU111439,

AU111438, AU111440, AU111441, AU111442, AU111444, AU111445, AU111447,
AU111446, AU111448, AU111449, AU111429, AU111417, AU111418, AU111419,
AU111420, AU111421, AU111422, AU111423, AU111424, AU111425, AU111426,
AU111427, AU111428, AU111406, AU111416, AU111415, AU111414, AU111413,
AU111412, AU111411, AU111409, AU111410, AU111408, AU111407, AU111405,
AU111379, AU111378, AU111377, AU111376, AU111375, AU111369, AU111370,
AU111371, AU111366, AU111366, AU111367, AU111364, AU111366, AU111372,
AU111365, AU111388, AU111387, AU111386, AU111385, AU111384, AU111383,
AU111374, AU111382, AU111381, AU111431, AU111437, AU111436, AU111435,
AU111434, AU111433, AU111432, AU111430, AU137111

Published in May 2007 (65 photographs): AU112777, AU112778, AU112793,
AU112792, AU112801, AU112782, AU112781, AU112780, AU112799, AU112798,
AU112796, AU112795, AU112794, AU112800, AU112797, AU112790, AU112776,
AU112775, AU112774, AU112773, AU112772, AU112771, AU112770, AU112769,
AU112768, AU112767, AU112766, AU112765, AU112789, AU112788, AU112787,
AU112779, AU112786, AU112785, AU112784, AU112783, AU111474, AU111476,
AU111477, AU111478, AU111479, AU111480, AU111481, AU111483, AU111482,
AU111473, AU111475, AU112746, AU112744, AU112743, AU112742, AU112741,
AU112747, AU112745, AU112738, AU112739, AU112740, AU112752, AU112751,
AU112750, AU112749, AU112748, AU115858, AU117977, AU117978

Published in June 2007 (31 photographs): AU112757, AU112761, AU112760,
AU112759, AU112758, AU112762, AU112756, AU112755, AU112754, AU112753,
AU115882, AU112828, AU112827, AU112826, AU112825, AU112830, AU112831,
AU112832, AU112833, AU112834, AU112835, AU112836, AU112837, AU112838,
AU112839, AU112824, AU112823, AU118015, AU118017, AU118016, AU118014

Published in July 2007 (49 photographs): AU141674, AU112845, AU112844,
AU112843, AU112842, AU112841, AU112846, AU112848, AU112847, AU112840,
AU112851, AU112853, AU112854, AU112855, AU112852, AU112850, AU112849,
AU112764, AU112763, AU113083, AU113078, AU113079, AU113080, AU113081,
AU113082, AU113084, AU113085, AU113086, AU113087, AU113089, AU113088,
AU113090, AU113091, AU113092, AU113093, AU113094, AU113095, AU113115,
AU113117, AU113118, AU113122, AU113126, AU113116, AU113120, AU113123,
AU113121, AU113119, AU113124, AU113125

Published in August 2007 (47 photographs): AU122779, AU122778, AU112791,
AU114716, AU114714, AU114713, AU114324, AU114330, AU114318, AU114319,
AU114320, AU114321, AU114325, AU114327, AU114328, AU114329, AU114331,
AU114463, AU114465, AU114461, AU114473, AU114464, AU114467, AU114466,
AU114468, AU114469, AU114470, AU114482, AU114481, AU114480, AU114479,
AU114478, AU114477, AU114476, AU114475, AU114474, AU114471, AU114472,
AU114026, AU114025, AU114024, AU114023, AU114022, AU114021, AU114020,
AU114018, AU114016

Published in September 2007 (18 photographs): AU114015, AU114019, AU114017,
AU114462, AU114460, AU128299, AU128300, AU114710, AU114711,
AU114709, AU114712, AU114805, AU114806, AU114802, AU114800, AU114801,
AU114804, AU114803

**Names:** Bowen Smith, Brian



**Save, Print and Email (Help Page)**

Select Download Format [Full Record]  [Format for Print/Save]

Enter your email address: [                    ]  [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = vau001177344
Search Results: Displaying 1 of 1 entries



Labeled View

### *2014 Proofs Part 1.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001177344 / 2014-08-19 |
| **Application Title:** | 2014 Proofs Part 1. |
| **Title:** | 2014 Proofs Part 1. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | Joseph Pugliese; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Names:** | Pugliese, Joseph |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help　Search　History　Titles　Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page