# Exhibit B

| Defendant's Actual Use | Plaintiff's Exhibit |
|---|---|
|  | SAC Ex. 2 No. 101.<br> |
|  | SAC Ex. 2 No. 51.<br> |

14312888.1/52236-00001