# Exhibit C-1

Document title:            justintheroux-gq04.jpg (650×820)

Capture URL:               https://d1i6tehnj672py.cloudfront.net/film/wp-content/uploads/2013/09/justintheroux-
                           gq04.jpg

Page loaded at (UTC):      Thu, 17 Feb 2022 22:15:19 GMT

Capture timestamp (UTC):   Thu, 17 Feb 2022 22:15:21 GMT

Capture tool:              2.34.5

Collection server IP:      52.7.109.102

Browser engine:            Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                           Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system:          linux x64 (Node v14.17.0)

PDF length:                2

Capture ID:                3z2LbtTzDZBqk86kre1g9c

User:                      msk-general

PDF REFERENCE #:        hN3YVi3jk12TZazPGH3jTd



Document title: justintheroux-gq04.jpg (650×820)
Capture URL: https://d1i6tehnj672py.cloudfront.net/film/wp-content/uploads/2013/09/justintheroux-gq04.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:15:21 GMT

**Page Vault**

Document title:               justintheroux-gq05.jpg (650×820)

Capture URL:                  https://d1i6tehnj672py.cloudfront.net/film/wp-content/uploads/2013/09/justintheroux-gq05.jpg

Page loaded at (UTC):         Thu, 17 Feb 2022 22:15:38 GMT

Capture timestamp (UTC):      Thu, 17 Feb 2022 22:15:39 GMT

Capture tool:                 2.34.5

Collection server IP:         52.7.109.102

Browser engine:               Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system:             linux x64 (Node v14.17.0)

PDF length:                   2

Capture ID:                   gGqxQ92m7yZUZJsSitE1d1

User:                         msk-general

PDF REFERENCE #:        vn94C5D1vXH3VsXELmeico



Document title: justintheroux-gq05.jpg (650×820)
Capture URL: https://d1i6tehnj672py.cloudfront.net/film/wp-content/uploads/2013/09/justintheroux-gq05.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:15:39 GMT

Document title:            Zoe Kravitz Expresses Her Animal Instincts In GQ - Page 5 Of 7

Capture URL:               https://www.thenyindependent.com/zoe-kravitz-expresses-animal-instincts-gq/5/

Page loaded at (UTC):      Fri, 18 Feb 2022 00:32:32 GMT

Capture timestamp (UTC):   Fri, 18 Feb 2022 00:32:34 GMT

Capture tool:              2.34.5

Collection server IP:      52.5.8.50

Browser engine:            Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                           Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system:          linux x64 (Node v14.17.0)

PDF length:                5

Capture ID:                efFPjPCxhjSrJzKyUD5uPr

User:                      msk-general

# THE NEW YORK INDEPENDENT

# ZOE KRAVITZ EXPRESSES HER ANIMAL INSTINCTS IN GQ





**The New York Independent**

**Story Ideas? Gossip? News? Email Us Here: Editor**

**Advertise! Click Here!**

## Sign Up for Our Free Email Newsletter!

Your email address

Click Here Now!

## HOTTEST READS



**Elizabeth Taylor's Only Known Nude Photo Released (see)**



Case 1:21-cv-09397-ER   Document 35-3   Filed 06/17/22   Page 8 of 22



(Photo by Steven Pan for GQ Mag)

## Zoe Kravitz Sizzles in GQ (Click Photos to Enlarge!)

     



**Elizabeth Taylor's Only Known Nude Photo Released (see)**



**Model Strips Bare on Argentine Dancing With Stars (watch!)**



**See Donald Trump Without Fake Hair, Fake Tan! Warning: You Can't Unsee It!**



**Scarlett Johansson Bares All in Leaked Photos; Really Her? (See!)**



**Pippa Middleton Goes Topless on Holiday With Kate (photos)**

## MORE TOP POSTS

Document title: Zoe Kravitz Expresses Her Animal Instincts In GQ - Page 5 Of 7   Page 7
Capture URL: https://www.thenyindependent.com/zoe-kravitz-expresses-animal-instincts-gq/5/
Capture timestamp (UTC): Fri, 18 Feb 2022 00:32:34 GMT                                    Page 2 of 4

| | |
|---|---|
| Document title: | Justin Theroux Fashion Forward in GQ Mag - Page 6 of 6 |
| Capture URL: | https://www.thenyindependent.com/film/justin-theroux-fashion-gq-mag/6/ |
| Page loaded at (UTC): | Fri, 18 Feb 2022 00:34:38 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 00:34:40 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 9 |
| Capture ID: | nFHmFVuDoWu3VzhyriEFyW |
| User: | msk-general |

PDF REFERENCE #:        cjJTxRsaXN789orTf6Xa7X

# THE NEW YORK INDEPENDENT



# FILM&TV

# JUSTIN THEROUX FASHION FORWARD IN GQ MAG





**The NY Independent**

**Story Ideas? Gossip? News?**

**Email Us Here: Editor**

**Advertise! Click Here!**

**Sign Up for Our Free Email Newsletter!**

Your email address

Click Here Now!



Bitdefender   New Year, new challenges!   -56%   BUY NOW

Document title: Justin Theroux Fashion Forward in GQ Mag - Page 6 of 6    Page 9
Capture URL: https://www.thenyindependent.com/film/justin-theroux-fashion-gq-mag/6/
Capture timestamp (UTC): Fri, 18 Feb 2022 00:34:40 GMT    Page 1 of 8

Document title:                 christinahendricks-williams7.jpg (760×698)

Capture URL:                  https://d1i6tehnj672py.cloudfront.net/fashion/wp-content/uploads/2011/05/
christinahendricks-williams7.jpg

Page loaded at (UTC):         Thu, 17 Feb 2022 22:18:29 GMT

Capture timestamp (UTC):     Thu, 17 Feb 2022 22:18:30 GMT

Capture tool:                   2.34.5

Collection server IP:          52.7.109.102

Browser engine:               Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system:             linux x64 (Node v14.17.0)

PDF length:                     2

Capture ID:                    tVZruE86XAeb5wFGSquzqC

User:                           msk-general



© Greg Williams

Document title: christinahendricks-williams7.jpg (760×698)
Capture URL: https://d1i6tehnj672py.cloudfront.net/fashion/wp-content/uploads/2011/05/christinahendricks-williams7.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:18:30 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Michelle Williams Saucy, Sexy For Spring In Elle - Page 7 Of 9 |
| Capture URL: | https://www.thenyindependent.com/michelle-williams-saucy-sexy-spring-elle/7/ |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:18:51 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:18:53 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 5 |
| Capture ID: | jp1dVc4YuLJ9wqNPSWSsS2 |
| User: | msk-general |

# THE NEW YORK INDEPENDENT



HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING

## MICHELLE WILLIAMS SAUCY, SEXY FOR SPRING IN ELLE





**The New York Independent**

**Story Ideas? Gossip? News? Email Us Here: Editor**

**Advertise! Click Here!**

### Sign Up for Our Free Email Newsletter!

Your email address

Click Here Now!

### HOTTEST READS

Document title: Michelle Williams Saucy, Sexy For Spring In Elle - Page 7 Of 9    Page 13
Capture URL: https://www.thenyindependent.com/michelle-williams-saucy-sexy-spring-elle/7/
Capture timestamp (UTC): Thu, 17 Feb 2022 22:18:53 GMT





## HOTTEST READS

**Elizabeth Taylor's Only Known Nude Photo Released (see)**



**Model Strips Bare on Argentine Dancing With Stars (watch!)**



**See Donald Trump Without Fake Hair, Fake Tan! Warning: You Can't Unsee It!**

**(Photo by Kerry Hallihan for Elle UK)**

### Michelle Williams Sexy, Sassy for Spring (Click Photos to Enlarge!)

    



  



**Scarlett Johansson Bares All in Leaked Photos; Really Her? (See!)**



Sharing is caring!



Document title: Michelle Williams Saucy, Sexy For Spring In Elle - Page 7 Of 9   Page 14
Capture URL: https://www.thenyindependent.com/michelle-williams-saucy-sexy-spring-elle/7/
Capture timestamp (UTC): Thu, 17 Feb 2022 22:18:53 GMT

Document title:             channingtatum-gq03.jpg (781×986)

Capture URL:                https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2012/11/channingtatum-
                            gq03.jpg

Page loaded at (UTC):       Thu, 17 Feb 2022 22:27:52 GMT

Capture timestamp (UTC):    Thu, 17 Feb 2022 22:27:53 GMT

Capture tool:               2.34.5

Collection server IP:       52.7.109.102

Browser engine:             Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                            Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system:           linux x64 (Node v14.17.0)

PDF length:                 2

Capture ID:                 7dJg9wp2HoxyzfEZtWoKS5

User:                       msk-general

PDF REFERENCE #:        426h5jiX17rHUGZ7TNzU3o



Document title: channingtatum-gq03.jpg (781×986)
Capture URL: https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2012/11/channingtatum-gq03.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:27:53 GMT
Page 1 of 1

Page Vault

| | |
|---|---|
| Document title: | channingtatum-gq04.jpg (781×986) |
| Capture URL: | https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2012/11/channingtatum-gq04.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:28:10 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:28:11 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | 7m9xtCKRb4fwPc1wTttN8u |
| User: | msk-general |



Document title: channingtatum-gq04.jpg (781×986)
Capture URL: https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2012/11/channingtatum-gq04.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:28:11 GMT

Page Vault

| | |
|---|---|
| Document title: | Rita Ora Shows Sexy Feline Prowess in GQ Mag - Page 4 of 4 |
| Capture URL: | https://www.thenyindependent.com/music/rita-ora-shows-sexy-feline-prowess-gq-mag/4/ |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:28:28 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:28:30 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 11 |
| Capture ID: | 29kEpKuQJBEPLy4isxvsnG |
| User: | msk-general |

PDF REFERENCE #:     tcDz1t3gg4BiEFk3mE4c1C

# THE NEW YORK INDEPENDENT

# MUSIC

CULTURE     ARTS     MUSIC     THEATER     FILM & TV     FASHION     EVENTS & GALAS     DINING

## ORA SHOWS SEXY
## IE PROWESS IN GQ MAG







The New York Independent

Story Ideas? Gossip? News?

Email Us Here: Editor

Advertise! Click Here!

Sign Up for Our Free
Email Newsletter!

Your email address

Click Here Now!

advertisement

CULTURE     ARTS     MUSIC     THEATER     FILM & TV     FASHION     EVENTS & GALAS     DINING

    
ULTA BEAUTY
SHOP NOW >



Sharing is caring!


You may also like:

*by shareaholic*



Holly Madison: Hugh Hefner's Sordid Sex Orgies Left Her



Donald Trump Latest Clash With New York AG Points To ...tion ...me



Haru Nemuri Brings Japanese Pop/Rap to US with Sell Out Stops in 5 Major Cities



Rupert Murdoch, The Most Vile Man In America, Lays Waste To Soul Of Democracy


KIM+ONO
WRAP YOURSELF IN LUXURY & BE WELL
Delightful kimonos sketched by hand
SHOP NOW



Are Fox News Talking Heads



Miley Cyrus Has History of Camel

## TOP READS IN MUSIC

**Miley Cyrus Has History of Camel Toe Exposure on Stage (photos!)**



**Petula Clark's 1974 Royal Albert Hall Concert a Sonic Blast on New CD**



**Project Grand Slam Debuts Video for 'I'm Falling Off Of The World,' a Coronavirus Anthem**

