# Exhibit C-2

Page Vault

| | |
|---|---|
| Document title: | katyperry-teenvogue.jpg (780×1060) |
| Capture URL: | https://www.thenyindependent.com/music/wp-content/uploads/2012/04/katyperry-teenvogue.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:28:47 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:28:48 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | sFK29pxYNiNDiN1Mphss57 |
| User: | msk-general |

PDF REFERENCE #:        7pFCwS1fFG6LH7d5uQiSop



Document title: katyperry-teenvogue.jpg (780×1060)
Capture URL: https://www.thenyindependent.com/music/wp-content/uploads/2012/04/katyperry-teenvogue.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:28:48 GMT

Page Vault

| | |
|---|---|
| Document title: | katyperry-teenvogue02.jpg (780×1040) |
| Capture URL: | https://www.thenyindependent.com/music/wp-content/uploads/2012/04/katyperry-teenvogue02.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:29:04 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:29:05 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | pqZoAB4s7k4YZ9NDqocUUH |
| User: | msk-general |

PDF REFERENCE #:        qDgoePxtEDKXtjLn73McPd



Document title: katyperry-teenvogue02.jpg (780×1040)
Capture URL: https://www.thenyindependent.com/music/wp-content/uploads/2012/04/katyperry-teenvogue02.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:29:05 GMT

Page 1 of 1

Page Vault

| | |
|---|---|
| Document title: | Vanessa Paradis: Sun, Surf, Sex for Violet Grey - Page 9 of 13 - The NY Independent Fashion |
| Capture URL: | https://www.thenyindependent.com/fashion/vanessa-paradis-sun-surf-sex-violet-grey/9/ |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:28:47 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:28:49 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 11 |
| Capture ID: | jKueGJhbJXnmaCSTLnq6Ab |
| User: | msk-general |

KISS BORING
LIPS GOODBYE



SHOP NOW

★ macy's

# THE NEW YORK INDEPENDENT

# FASHION

CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING

## SSA PARADIS: SUN, SURF, SEX FOR VIOLET GREY





The New York Independent

Story Ideas? Gossip? News?

Email Us Here: Editor

## SUBMISSIONS

Click Here for Details

### Sign Up for Our Free Email Newsletter!

Your email address

Here Now!

KIM+ONO          HANDCRAFTED WITH HERITAGE,
                 DESIGNED WITH YOU IN MIND.        FIND YOUR
                                                   KIMONO

KISS BORING
LIPS GOODBYE

SHOP NOW

macy's

CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING



VIOLETGREY.COM

(Photo by Ben Hassett for Violet Grey)

**Vanessa Paradis Shimmers Under a Malibu Moon (Click Photos to Enlarge!)**

Your email address

Click Here Now!

### TOP FASHION READS

**Victoria's Secret's Hottest Models All Go Topless (40 Sizzling Photos!)**

**Bella Thorne Too Young, Too Hot to Trot in Tiny String Bikini? (photos!)**

**More Sports Illustrated Models Go Topless, Riling Some Readers**

KIM+ONO    HANDCRAFTED WITH HERITAGE, DESIGNED WITH YOU IN MIND.    FIND YOUR KIMONO

| | |
|---|---|
| Document title: | Katy Perry Lush, Romantic In Harper's Bazaar - Page 2 Of 8 |
| Capture URL: | https://www.thenyindependent.com/katy-perry-lush-romantic-harpers-bazaar/2/ |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:34:51 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:34:53 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 5 |
| Capture ID: | hDJMqDB68A6E3pCGAkSffN |
| User: | msk-general |

PDF REFERENCE #:        hoLuFGV296Cy95YsCMaFY7



# THE NEW YORK INDEPENDENT

HOME   CULTURE   ARTS   MUSIC   THEATER   FILM & TV   FASHION   EVENTS & GALAS   DINING

# KATY PERRY LUSH, ROMANTIC IN HARPER'S BAZAAR





**The New York Independent**

**Story Ideas? Gossip? News? Email Us Here: Editor**

**Advertise! Click Here!**

## Sign Up for Our Free Email Newsletter!

Your email address

Click Here Now!

## HOTTEST READS



**Elizabeth Taylor's Only Known Nude Photo Released (see)**



Document title: Katy Perry Lush, Romantic In Harper&#39;s Bazaar - Page 2 Of 8
Capture URL: https://www.thenyindependent.com/katy-perry-lush-romantic-harpers-bazaar/2/
Capture timestamp (UTC): Thu, 17 Feb 2022 22:34:53 GMT





**Elizabeth Taylor's Only Known Nude Photo Released (see)**



**Model Strips Bare on Argentine Dancing With Stars (watch!)**



**See Donald Trump Without Fake Hair, Fake Tan! Warning: You Can't Unsee It!**



**Scarlett Johansson Bares All in Leaked Photos; Really Her? (See!)**



**Pippa Middleton Goes Topless on Holiday With Kate (photos)**

## MORE TOP POSTS



HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING



**(Photo by Camilla Akrans for Harper's)**

## Katy Perry Sexy in Red for Harper's (Click Photos to Enlarge!)

    

*Sharing is caring!*



You may also like:

*+ by shareaholic*


**Haru Nemuri Brings Japanese Pop/Rap to US with Sell Out Stops in 5 Major Cities**


**Donald Trump Latest Clash With New York AG Points To Investigation End Game**


**Spotify Joe Rogan Crisis Explodes; Joni Mitchell Joins Neil Young, Pulls Music**


**Are Fox News Talking Heads Russian Agents? New CIA Report Points To Kremlin Media Connection**


**Claudia**


**Donald Trump**


**Bella Thorne**


**Rupert**

---

### MORE TOP POSTS


**Donald Trump Latest Clash With New York AG Points to Investigation End Game**


**COVID-19: Death, Illness Loom After Politically Sullied Supreme Court Strips Mandates**


**Failure to Act One Year After Jan 6 Mob Violence is Biggest Threat to Democracy**


**Ukraine: If Not Here, Where? If Not Now, When? Russia Must End Aggression**



Document title: Katy Perry Lush, Romantic In Harper&#39;s Bazaar - Page 2 Of 8
Capture URL: https://www.thenyindependent.com/katy-perry-lush-romantic-harpers-bazaar/2/
Capture timestamp (UTC): Thu, 17 Feb 2022 22:34:53 GMT

🔒 **Page Vault**

| | |
|---|---|
| Document title: | lea4.jpg (753×1026) |
| Capture URL: | https://d1i6tehnj672py.cloudfront.net/fashion/wp-content/uploads/2010/08/lea4.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:12:17 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:12:18 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | rkzu6x41LACoory5xyaiyx |
| User: | msk-general |

PDF REFERENCE #:     2WacKrzJMJMZeryKEM5R8f



Document title: lea4.jpg (753×1026)
Capture URL: https://d1i6tehnj672py.cloudfront.net/fashion/wp-content/uploads/2010/08/lea4.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:12:18 GMT

Page 1 of 1

Page Vault

| | |
|---|---|
| Document title: | LeaMichele1a.jpg (751×1116) |
| Capture URL: | https://d1i6tehnj672py.cloudfront.net/fashion/wp-content/uploads/2010/08/LeaMichele1a.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:13:27 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:13:29 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | 3LRP3LCWAGaXt8uNrceov6 |
| User: | msk-general |



Document title: LeaMichele1a.jpg (751×1116)
Capture URL: https://d1i6tehnj672py.cloudfront.net/fashion/wp-content/uploads/2010/08/LeaMichele1a.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:13:29 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Katy Perry Lush, Romantic In Harper's Bazaar |
| Capture URL: | https://www.thenyindependent.com/katy-perry-lush-romantic-harpers-bazaar/ |
| Page loaded at (UTC): | Fri, 18 Feb 2022 00:34:00 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 00:34:02 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 7 |
| Capture ID: | nFQWzCM3SJMF958Sjqc2VH |
| User: | msk-general |

# THE NEW YORK INDEPENDENT



RIGHT THEIMPROPER NETWORK LLC, ALL RIGHTS RESERVED 2019
ENDENT | CONTACT US | PRIVACY POLICY | TERMS OF USE | ADVERTISE | SUBSCRIBE TO THE NEW YORK INDEPENDENT |

**HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING**

## KATY PERRY LUSH, ROMANTIC IN HARPER'S BAZAAR











Bitdefender
New Year, new challenges!                    BUY NOW



*Katy Perry is sensual and romantic looking in her latest photo spread for Harper's Bazaar. She's wrapping up her Prism Tour and took time to talk about where she stands now that she's about to turn 30 in October. After two failed relationships, she says she has less time for bullshit. But is still open to dating.*

(Photo by Camilla Åkrans for Harper's)

## Katy Perry Sexy in Red for Harper's (Click Photos to Enlarge!)

     

 

---

Sharing is caring!



You may also like:

+ by shareaholic




Bitdefender
New Year, new challenges!
BUY NOW

🔒 Page Vault

Document title:            Katy Perry Lush, Romantic In Harper's Bazaar - Page 3 Of 8

Capture URL:               https://www.thenyindependent.com/katy-perry-lush-romantic-harpers-bazaar/3/

Page loaded at (UTC):      Thu, 17 Feb 2022 22:35:26 GMT

Capture timestamp (UTC):   Thu, 17 Feb 2022 22:35:28 GMT

Capture tool:              2.34.5

Collection server IP:      52.5.8.50

Browser engine:            Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                           Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system:          linux x64 (Node v14.17.0)

PDF length:                5

Capture ID:                81vBWbaBc3ZZNCJzWva77a

User:                      msk-general

# THE NEW YORK INDEPENDENT

HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING

## KATY PERRY LUSH, ROMANTIC IN HARPER'S BAZAAR





**The New York Independent**

**Story Ideas? Gossip? News? Email Us Here: Editor**

**Advertise! Click Here!**

### Sign Up for Our Free Email Newsletter!

Your email address

Click Here Now!

## HOTTEST READS



**Elizabeth Taylor's Only Known Nude Photo Released (see)**



HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING



**(Photo by Camilla Akrans for Harper's)**

## Katy Perry Sexy in Red for Harper's (Click Photos to Enlarge!)











**Sharing is caring!**

You may also like:

✦ by shareaholic



**Elizabeth Taylor's Only Known Nude Photo Released (see)**



**Model Strips Bare on Argentine Dancing With Stars (watch!)**



**See Donald Trump Without Fake Hair, Fake Tan! Warning: You Can't Unsee It!**



**Scarlett Johansson Bares All in Leaked Photos; Really Her? (See!)**



**Pippa Middleton Goes Topless on Holiday With Kate (photos)**

## MORE TOP POSTS



Document title: Glee's Lea Michele Trades Geek for Glamor (video, photos) - The NY Independent Fashion

Capture URL: https://www.thenyindependent.com/fashion/1590/glees-lea-michelle-trades-geek-for-glamor-video-photos/

Page loaded at (UTC): Thu, 17 Feb 2022 22:34:07 GMT

Capture timestamp (UTC): Thu, 17 Feb 2022 22:34:09 GMT

Capture tool: 2.34.5

Collection server IP: 52.7.109.102

Browser engine: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36

Operating system: linux x64 (Node v14.17.0)

PDF length: 11

Capture ID: 8KcSnUmZ3iwkQvLZ5zV86T

User: msk-general

## THE NEW YORK INDEPENDENT



# FASHION

HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING



# GLEE'S LEA MICHELE TRADES GEEK FOR GLAMOR (VIDEO, PHOTOS)

 KEITH GIRARD × AUGUST 4, 2010 × CELEBRITIES

**Lea Michele** plays the geeky plain Rachel Berry on the hit Fox show "Glee," but she can glam it up with the sultriest actresses. She looks flaming hot in black in a new photo shoot for celebrity hairdresser **Mark Townsend**.



"Glee," but she isn't one of the sultriest actresses. She looks flaming hot in black in a new photo shoot for celebrity hairdresser **Mark Townsend**.

The 23-year-old flashes her braless chest in a black suit jacket wearing a huge necklace.

In another photo, she wears a see-through lace **American Apparel** bodysuit and satin trousers.

She also cuts an elegant figure in a full-length black evening dress with a one-shouldered draped neckline that shows off her slim figure.

She wears her hair **Audrey Hepburn**-style and bears a striking resemblance to the iconic 50s actress.

**Don Flood** shot the photos. Her hair is by Mark and makeup is by **Jake Bailey**. Fashion Director: **Estee Stanley**. Art Director: **Frank Rust**. Behind the Scenes video by **Brian Weidling**.

**Check out Lea's hot photos; click to enlarge.**



Couldn't load plugin.

Sharing is caring!

The New York Independent

Story Ideas? Gossip? News?

Email Us Here: Editor

## SUBMISSIONS

Click Here for Details

### Sign Up for Our Free Email Newsletter!

Your email address

Click Here Now!

advertisement

## TOP FASHION READS

### Victoria's Secret's Hottest Models All Go Topless (40 Sizzling Photos!)



Page Vault

| | |
|---|---|
| Document title: | Emma Watson's Natural Beauty Drives 'Beauty And The Beast' (pics, Video) |
| Capture URL: | https://www.thenyindependent.com/145852/emma-watsons-natural-beauty-drives-beauty-and-the-beast-pics-video/ |
| Page loaded at (UTC): | Fri, 18 Feb 2022 00:33:29 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 00:33:32 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 13 |
| Capture ID: | qjuJ52eBZ1c36vHdmMuRSi |
| User: | msk-general |

# THE NEW YORK INDEPENDENT

HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING



## EMMA WATSON'S NATURAL BEAUTY DRIVES 'BEAUTY AND THE BEAST' (PICS, VIDEO)

KEITH GIRARD × MARCH 3, 2017 × FILM

Bitdefender
New Year, new challenges!
BUY NOW

Emma Watson returns to the big screen in Disney's 'Beauty and the Beast' without giving up her activism. (Photo: Elle UK)

Home › FILM

**Emma Watson** exudes a school girl's charm a coupled with soulful sensuality that drives the narrative in her new film "Beauty and the Beast." Her natural beauty makes the film believable.

Watson, now 26, is a grown woman with the earnestness of someone more wizened.

She makes no excuses for her bookishness. She's become an outspoken advocate of gender equality and a United Nations Ambassador for Women.

She was just named "Woman of the Year Award" at the *Elle* Style Awards in Great Britain.



*Emma Watson returns to the big screen in Disney's 'Beauty and the Beast' without sacrificing her activism. (Photo by Kerry Hallian for Elle UK)*

Watson took a year off from her career to work on her activism, and set up a feminist book club, named "Our Shared Shelf."

"It wasn't about me necessarily proving anything… I was just thinking that I have this year to myself, so let's see what we can do to 'move the needle and make a difference', she says at the same time.

"For me, Beauty was the perfect, most joyful thing to do… There was something connected about Hermione and Belle, and it was good to be reminded that I am an actress; this is what I do. The film is pure escapism," she adds.



The New York Independent

Story Ideas? Gossip? News? Email Us Here: Editor

Advertise! Click Here!

**Sign Up for Our Free Email Newsletter!**

Your email address

Click Here Now!

**HOTTEST READS**



**Elizabeth Taylor's Only Known Nude Photo Released (see)**



HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING