# Exhibit D

PageVault

| | |
|---|---|
| Document title: | Lana Del Rey's Sexy Retro Beach Style - Page 9 Of 9 |
| Capture URL: | https://www.thenyindependent.com/lana-del-reys-sexy-retro-beach-style/9/ |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:12:37 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:12:39 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 5 |
| Capture ID: | euuLWQwPsrTAy4QGiUwkwr |
| User: | msk-general |

PDF REFERENCE #:    1ElVzisYiL6cJ1vDMJwjzs

# THE NEW YORK INDEPENDENT

HOME    CULTURE    ARTS    MUSIC    THEATER    FILM & TV    FASHION    EVENTS & GALAS    DINING

SEARCH

# LANA DEL REY'S SEXY RETRO BEACH STYLE





The New York Independent

Story Ideas? Gossip? News? Email Us Here: Editor

Advertise! Click Here!

**Sign Up for Our Free Email Newsletter!**

Your email address

Click Here Now!

## HOTTEST READS



Elizabeth Taylor's Only Known Nude Photo Released (see)



Document title: Lana Del Rey&#39;s Sexy Retro Beach Style - Page 9 Of 9
Capture URL: https://www.thenyindependent.com/lana-del-reys-sexy-retro-beach-style/9/
Capture timestamp (UTC): Thu, 17 Feb 2022 22:12:39 GMT

3

Page 1 of 4





Elizabeth Taylor's Only Known Nude Photo Released (see)



Model Strips Bare on Argentine Dancing With Stars (watch!)



See Donald Trump Without Fake Hair, Fake Tan! Warning: You Can't Unsee It!



Scarlett Johansson Bares All in Leaked Photos; Really Her? (See!)

Pippa Middleton Goes Topless on Holiday With Kate (photos)

### MORE TOP POSTS

Sharing is caring!

      

You may also like:

   

| | |
|---|---|
| Document title: | lanadelreyk-fashionmag02-780x514.jpg (780×514) |
| Capture URL: | https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2013/05/lanadelreyk-fashionmag02-780x514.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:28:46 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:28:47 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | s6vmLfwLRK2YMMxjcz4YWC |
| User: | msk-general |

PDF REFERENCE #:    a7Q5Yn2sgf8mC2ioetxi6Y



Document title: lanadelreyk-fashionmag02-780x514.jpg (780×514)
Capture URL: https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2013/05/lanadelreyk-fashionmag02-780x514.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:28:47 GMT
Page 1 of 1

PageVault

| | |
|---|---|
| Document title: | lanadelreyk-fashionmag03-780x514.jpg (780×514) |
| Capture URL: | https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2013/05/lanadelreyk-fashionmag03-780x514.jpg |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:29:04 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:29:05 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | xhXM8JY7mG1fAZgb9Szg4B |
| User: | msk-general |

PDF REFERENCE #:    vScssotCqdAWBPBzmwjVwK



Document title: lanadelreyk-fashionmag03-780x514.jpg (780×514)
Capture URL: https://d1i6tehnj672py.cloudfront.net/wp-content/uploads/2013/05/lanadelreyk-fashionmag03-780x514.jpg
Capture timestamp (UTC): Thu, 17 Feb 2022 22:29:05 GMT
Page 1 of 1

PageVault

| | |
|---|---|
| Document title: | webpc-passthru.php (780×1043) |
| Capture URL: | https://www.thenyindependent.com/wp-content/webpc-passthru.php?src=https://www.thenyindependent.com/wp-content/uploads/2014/02/emmawatson-wonderland02.jpg&nocache=1 |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:35:13 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:35:14 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 2 |
| Capture ID: | j3bXFzsnX1WB5j4a4FikQe |
| User: | msk-general |

PDF REFERENCE #:    cfXGRFBWb2wy6BRuswKApf



Document title: webpc-passthru.php (780×1043)
Capture URL: https://www.thenyindependent.com/wp-content/webpc-passthru.php?src=https://www.thenyindependent.com/wp-content/uploads/2014/02/emmawatson-…
Capture timestamp (UTC): Thu, 17 Feb 2022 22:35:14 GMT
Page 1 of 1

🔒 **PageVault**

| | |
|---|---|
| Document title: | Kristen Stewart Flashes Midriff In Marie Claire - Page 8 Of 10 |
| Capture URL: | https://www.thenyindependent.com/kristen-stewart-flashes-midriff-marie-claire/8/ |
| Page loaded at (UTC): | Thu, 17 Feb 2022 22:40:40 GMT |
| Capture timestamp (UTC): | Thu, 17 Feb 2022 22:40:42 GMT |
| Capture tool: | 2.34.5 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 5 |
| Capture ID: | nTueDQmP1rFB8sUckBkpiC |
| User: | msk-general |

PDF REFERENCE #:     oQv37cYzzxvpYHzgfM18xM

# THE NEW YORK INDEPENDENT

**HOME   CULTURE   ARTS   MUSIC   THEATER   FILM & TV   FASHION   EVENTS & GALAS   DINING**

## KRISTEN STEWART FLASHES MIDRIFF IN MARIE CLAIRE





The New York Independent

Story Ideas? Gossip? News? Email Us Here: Editor

Advertise! Click Here!

**Sign Up for Our Free Email Newsletter!**

Your email address

Click Here Now!

### HOTTEST READS



Elizabeth Taylor's Only Known Nude Photo Released (see)





**Kristen Stewart BoHo Glam in Marie Claire (Click Photos to Enlarge!)**



Elizabeth Taylor's Only Known Nude Photo Released (see)



Model Strips Bare on Argentine Dancing With Stars (watch!)

See Donald Trump Without Fake Hair, Fake Tan! Warning: You Can't Unsee It!



Scarlett Johansson Bares All in Leaked Photos; Really Her? (See!)



Pippa Middleton Goes Topless on Holiday With Kate (photos)

**MORE TOP POSTS**