# Exhibit E

| Image Title | © Reg. No. | Registration Date | Alleged Infringement (Month-year) |
|---|---|---|---|
| AU1119194 | Extra-Territorial | NA | October, 2010 |
| AU1119188 | Extra-Territorial | NA | October, 2010 |
| AU1997552 | Extra-Territorial | NA | April, 2011 |
| AU11001411 | Extra-Territorial | NA | March, 2012 |
| AU11001408 | Extra-Territorial | NA | March, 2012 |
| AU1997566 | Extra-Territorial | NA | April, 2012 |
| AU1997565 | Extra-Territorial | NA | April, 2012 |
| AU1997560 | Extra-Territorial | NA | April, 2012 |
| AU1997561 | Extra-Territorial | NA | April, 2012 |
| AU1997567 | Extra-Territorial | NA | April, 2012 |
| AU1997568 | Extra-Territorial | NA | April, 2012 |
| AU1995089 | Extra-Territorial | NA | May, 2012 |
| AU1995090 | Extra-Territorial | NA | May, 2012 |
| AU1995088 | Extra-Territorial | NA | May, 2012 |
| AU1997562 | Extra-Territorial | NA | January, 2013 |
| AU2162012 | Extra-Territorial | NA | April, 2013 |
| AU1679725 | Extra-Territorial | NA | February, 2014 |
| AU1679723 | Extra-Territorial | NA | February, 2014 |
| AU1679720 | Extra-Territorial | NA | February, 2014 |
| AU1679721 | Extra-Territorial | NA | February, 2014 |
| AU11099872 | Extra-Territorial | NA | February, 2014 |
| AU1995157 | Extra-Territorial | NA | August, 2014 |
| AU1680715 | Extra-Territorial | NA | April, 2015 |
| AU1680717 | Extra-Territorial | NA | April, 2015 |
| AU1654593 | VA 2-010-920 | February 22, 2016 | November, 2015 |
| AU1654590 | VA 2-010-920 | February 22, 2016 | November, 2015 |
| AU1654585 | VA 2-010-920 | February 22, 2016 | November, 2015 |
| AU1654588 | VA 2-010-920 | February 26, 2016 | November, 2015 |
| AU1654589 | VA 2-010-920 | February 26, 2016 | November, 2015 |
| AU1654586 | VA 2-010-920 | February 26, 2016 | November, 2015 |
| AU1900375 | VA 2-108-729 | April 11, 2018 | July, 2016 |
| AU11065943 | VA 2-110-392 | July 13, 2018 | May, 2017 |
| AU11035262 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU11035258 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU11035259 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU11035268 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU11035267 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU11035264 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU11035257 | VA 2-120-245 | August 24, 2018 | May, 2013 |
| AU2163092 | VA 2-182-569 | October 8, 2019 | January, 2012 |

| | | | |
|---|---|---|---|
| AU1994773 | VA 2-198-315 | February 27, 2020 | August, 2014 |
| AU1994760 | VA 2-198-315 | February 27, 2020 | August, 2014 |
| AU11000277 | VA 2-198-319 | February 27, 2020 | 2011 |
| AU11000271 | VA 2-198-319 | February 27, 2020 | 2011 |
| AU11000279 | VA 2-198-319 | February 27, 2020 | 2011 |
| AU11000275 | VA 2-198-319 | February 27, 2020 | 2011 |
| AU11000278 | VA 2-198-319 | February 27, 2020 | 2011 |
| AU11000545 | VA 2-199-785 | March 11, 2020 | September, 2013 |
| AU11000551 | VA 2-199-785 | March 11, 2020 | September, 2013 |
| AU11000546 | VA 2-199-785 | March 11, 2020 | September, 2013 |
| AU11000548 | VA 2-199-785 | March 11, 2020 | September, 2013 |
| AU11000553 | VA 2-199-785 | March 11, 2020 | September, 2013 |
| AU11000090 | VA 2-199-785 | March 11, 2020 | January, 2014 |
| AU11000082 | VA 2-199-785 | March 11, 2020 | January, 2014 |
| AU11000091 | VA 2-199-785 | March 11, 2020 | January, 2014 |
| AU11000088 | VA 2-199-785 | March 11, 2020 | January, 2014 |
| AU1993490 | VA 2-199-818 | March 11, 2020 | 2012 |
| AU11000270 | VA 2-199-818 | March 11, 2020 | November, 2011 |
| AU11000274 | VA 2-199-818 | March 11, 2020 | November, 2011 |
| AU11000273 | VA 2-199-818 | March 11, 2020 | November, 2011 |
| AU11000276 | VA 2-199-818 | March 11, 2020 | November, 2011 |
| AU11000280 | VA 2-199-818 | March 11, 2020 | November, 2011 |
| AU1993747 | VA 2-199-818 | March 11, 2020 | April, 2012 |
| AU1993743 | VA 2-199-818 | March 11, 2020 | April, 2012 |
| AU1993746 | VA 2-199-818 | March 11, 2020 | April, 2012 |
| AU1994080 | VA 2-199-818 | March 11, 2020 | August, 2012 |
| AU1994078 | VA 2-199-818 | March 11, 2020 | August, 2012 |
| AU1994079 | VA 2-199-818 | March 11, 2020 | August, 2012 |
| AU1993489 | VA 2-199-818 | March 11, 2020 | November, 2012 |
| AU1993494 | VA 2-199-818 | March 11, 2020 | November, 2012 |
| AU1993481 | VA 2-199-818 | March 11, 2020 | November, 2012 |
| AU11000549 | VA 2-199-818 | March 11, 2020 | September, 2013 |
| AU11000086 | VA 2-199-818 | March 11, 2020 | January, 2014 |
| AU1994771 | VA 2-199-818 | March 11, 2020 | August, 2014 |
| AU1994766 | VA 2-199-818 | March 11, 2020 | August, 2014 |
| AU1994763 | VA 2-199-818 | March 11, 2020 | August, 2014 |
| AU1994760 | VA 2-199-818 | March 11, 2020 | August, 2014 |
| AU11338156 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338153 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338149 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338138 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338147 | VA 2-202-058 | April 13, 2020 | May, 2014 |

14313363.1/52236-00001

| | | | |
|---|---|---|---|
| AU11338145 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338163 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338141 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338140 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338136 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11338144 | VA 2-202-058 | April 13, 2020 | May, 2014 |
| AU11211529 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11211530 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11211533 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11211534 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11211527 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11211528 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11211535 | VA 2-219-279 | September 22, 2020 | June, 2015 |
| AU11056042 | VA 2-219-280 | September 22, 2020 | February, 2014 |
| AU11056041 | VA 2-219-280 | September 22, 2020 | February, 2014 |
| AU11056044 | VA 2-219-280 | September 22, 2020 | February, 2014 |
| AU11056045 | VA 2-219-280 | September 22, 2020 | February, 2014 |
| AU11056049 | VA 2-219-280 | September 22, 2020 | February, 2014 |
| AU11139694 | VA 2-219-286 | September 22, 2020 | September, 2014 |
| AU11139687 | VA 2-219-286 | September 22, 2020 | September, 2014 |
| AU11139689 | VA 2-219-286 | September 22, 2020 | September, 2014 |
| AU11139688 | VA 2-219-286 | September 22, 2020 | September, 2014 |
| AU1993669 | VA 2-219-286 | September 22, 2020 | September, 2014 |
| AU1993683 | VA 2-219-286 | September 22, 2020 | September, 2014 |
| AU1993167 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU1993169 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU11320186 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU1993158 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU1993156 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU1993164 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU1993160 | VA 2-221-611 | October 5, 2020 | May, 2015 |
| AU194972 | VA 2-221-612 | October 5, 2020 | February, 2013 |
| AU1222726 | VA 2-227-888 | October 8, 2020 | January, 2012 |
| AU1222725 | VA 2-227-888 | October 8, 2020 | January, 2012 |
| AU1242029 | VA 2-229-843 | October 7, 2020 | November, 2010 |
| AU1242036 | VA 2-229-843 | October 7, 2020 | November, 2010 |
| AU1672763 | VA 2-235-006 | January 29, 2021 | September, 2014 |
| AU1672771 | VA 2-235-006 | January 29, 2021 | September, 2014 |
| AU1797032 | VA 2-240-190 | January 23, 2021 | November, 2015 |
| AU1797030 | VA 2-240-190 | January 23, 2021 | November, 2015 |
| AU1797026 | VA 2-240-190 | January 23, 2021 | November, 2015 |
| AU1797029 | VA 2-240-190 | January 23, 2021 | November, 2015 |

| | | | |
|---|---|---|---|
| AU1182338 | VA 2-241-912 | February 19, 2021 | May, 2011 |
| AU1182328 | VA 2-241-912 | February 19, 2021 | May, 2011 |
| AU1182329 | VA 2-241-912 | February 19, 2021 | May, 2011 |
| AU1853504 | VA 2-243-613 | March 3, 2021 | 2015 |
| AU1362215 | VA 2-249-793 | April 27, 2021 | May, 2015 |
| AU1507334 | VA 2-249-793 | April 27, 2021 | August, 2015 |
| AU11055988 | VA 2-252-785 | May 3, 2021 | August, 2012 |
| AU11056149 | VA 2-252-785 | May 3, 2021 | November, 2012 |
| AU11056113 | VA 2-252-785 | May 3, 2021 | November, 2012 |
| AU1228036 | VA 2-260-233 | July 9, 2021 | August, 2010 |
| AU1228033 | VA 2-260-233 | July 9, 2021 | August, 2010 |
| AU1337377 | VA 2-260-233 | July 9, 2021 | December, 2010 |
| AU1337375 | VA 2-260-233 | July 9, 2021 | December, 2010 |
| AU111428 | VA 2-268-437 | September 21, 2021 | January, 2012 |
| AU1756840 | Vau 1-177-344 | August 14, 2014 | November, 2015 |
| AU1756842 | Vau 1-177-344 | August 14, 2014 | November, 2015 |

14313363.1/52236-00001