UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE LLC,

                Plaintiff,

– against –

GIRARD ENTERTAINMENT & MEDIA LLC, *and*
KEITH GIRARD,

                Defendants.

**ORDER**

21-cv-9397 (ER)

Ramos, D.J.:

    For the reasons set forth on the record, Defendants' pending motion to dismiss the Second Amended Complaint is denied as moot, without prejudice. Doc. 32.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 32, as well as the corresponding letter motion for oral argument, Doc. 39.

It is SO ORDERED.

Dated:    March 2, 2023
            New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.